Community Behavioral Health Services Coverage and Limitations Handbook

## Service Exclusions

| | |
|---|---|
| **Service Exclusions** | Medicaid does not pay for community behavioral health services for treatment of autism, pervasive developmental delay, non-emotional or non-behavioral based developmental disability, or mental retardation.<br><br>Services are not considered to be medically reasonable when the recipient has an organic brain disorder (dementia or delirium) or other psychiatric or neurological conditions that have produced a cognitive deficit severe enough to prohibit benefit to the recipient. |
| **Requesting Exceptions to Service Limits** | Requests for exceptions to service limits may be made for recipients under age 21 through Medicaid's prior authorization process. The exceptions to service limit criteria can be obtained can be obtained from the First Health Services, Inc. website at http://Florida.fhsc.com.<br><br>Note: See Chapter 2 in the Florida Medicaid Provider Reimbursement Handbook, CMS-1500, for additional information on requesting prior authorizations. |
| **Service Restrictions for Nursing Facility Residents** | No community behavioral health services are reimbursable for a recipient in a nursing facility unless the recipient has first been assessed by the nursing facility and subsequently referred, in writing, to a community behavioral health services provider. The referral from the nursing facility must be retained in the recipient's clinical record. In addition, the recipient's individualized treatment plan must be coordinated and integrated with the nursing facility's plan of care.<br><br>The following services are not reimbursable for residents for whom the nursing facility is billing Medicaid on a per diem basis regardless of where the services are rendered.<br><br>• Behavioral health screening<br>• Behavioral health day services<br>• Psychosocial rehabilitation services<br>• Behavioral health services<br>• Clubhouse<br>• Methadone Maintenance |