# FLORIDA MEDICAID
*A Division of the Agency for Health Care Administration*

## Health Care Alerts & Provider Alerts Messages
## April 2012

**Provider Type(s): 05, 07, 16, 25, 26, 67, 68, 70, 71, 72, 77, 81, and 91**

### Medicaid Coverage of Applied Behavior Analysis for Children Under 21 with Autism Spectrum Disorder

On March 26, a federal judge ordered Florida Medicaid to cover Applied Behavior Analysis (ABA) for the treatment of autism spectrum disorders for children under the age of 21, effective April 2, 2012. Please note that the Agency for Health Care Administration intends to appeal this ruling. If the ruling is overturned, Medicaid will cease to cover these services for the treatment of autism spectrum disorders. Any such action will be announced through Provider Alerts and/or posted on the Medicaid website.

This alert describes provider qualifications, recipient eligibility criteria, the prior authorization request process, service codes and reimbursement rates, the billing process, and instructions for managed care plans. These services require prior authorization.

**Provider Qualifications:**

ABA services must be rendered by the following provider types who are enrolled in the Medicaid program and have received prior authorization from Medicaid for the service:

- Certified behavior analysts enrolled under the Developmental Disabilities waiver program (see page 1-16 of the Medicaid Developmental Disabilities Waiver Services Coverage and Limitations Handbook for provider qualifications);

- Infant Toddler Developmental Specialists who have certification in behavior analysis and are enrolled as Early Intervention Service Providers (see page 1-4 of the Early Intervention Services Coverage and Limitations Handbook for ITDS enrollment criteria); or

- Qualified treating practitioners of Therapeutic Behavioral On-Site Service – Behavior Management Services and behavioral health technicians providing Therapeutic Behavioral On-Site – Therapeutic Support Services working under a Medicaid-enrolled provider type 05 – Community Behavioral Health Services Provider (see pages 2-1-39

Exhibit B

# FLORIDA MEDICAID
*A Division of the Agency for Health Care Administration*

# Health Care Alerts & Provider Alerts Messages
# April 2012

## Provider Type(s): 05, 07, 16, 25, 26, 67, 68, 70, 71, 72, 77, 81 and 91

## Medicaid Coverage of Applied Behavior Analysis for Children Under 21 with Autism Spectrum Disorder

*This revised alert supersedes the previous alert posted on 4/2/12 and updates the reimbursement billing limits for Developmental Disability Waiver Providers billing fee-for-service for prior approved Applied Behavior Analysis services for non-waiver recipients.*

On March 26, a federal judge ordered Florida Medicaid to cover Applied Behavior Analysis (ABA) for the treatment of autism spectrum disorders for children under the age of 21, effective April 2, 2012. Please note that the Agency for Health Care Administration intends to appeal this ruling. If the ruling is overturned, Medicaid will cease to cover these services for the treatment of autism spectrum disorders. Any such action will be announced through Provider Alerts posted on this website. 

This alert describes provider qualifications, recipient eligibility criteria, prior authorization request process, service codes and reimbursement rates, billing process, and instructions for managed care plans. These services require prior authorization.

**Provider Qualifications:**

ABA services must be rendered by the following provider types who are enrolled in the Medicaid program and have received prior authorization from Medicaid for the service:

- Certified behavior analysts enrolled under the Developmental Disabilities waiver program (see page 1-16 of the Medicaid Developmental Disabilities Waiver Services Coverage and Limitations Handbook for provider qualifications);
- Infant Toddler Developmental Specialists who have certification in behavior analysis and are enrolled as Early Intervention Service Providers (see page 1-4 of the Early Intervention Services Coverage and Limitations Handbook for ITDS enrollment criteria); or
- Qualified treating practitioners of Therapeutic Behavioral On-Site Service – Behavior Management Services and behavioral health technicians providing Therapeutic Behavioral On-Site – Therapeutic



*Better Health Care for All Floridians*

# FLORIDA MEDICAID
*A Division of the Agency for Health Care Administration*

# Health Care Alerts & Provider Alerts Messages
# May 2012

**Provider Type(s): 05, 07, 16, 25, 26, 67, 68, 70, 71, 72, 77, 81 and 91**

**Revised Alert:
Medicaid Coverage and Prior Authorization of Applied Behavior Analysis
for Children Under 21 with Autism Spectrum Disorder**

*This revised alert supersedes the previous alerts posted on 4/2/12 and 4/17/12. The Agency is responding to provider concerns about the limitations of rendering the Applied Behavior Analysis service without the use of Behavior Assistant Service providers under the DD waiver. This alert includes Behavior Assistant Services as described in the Medicaid Developmental Disabilities Waiver Services Coverage and Limitations Handbook as an additional provider authorized to render ABA services for children with Autism Spectrum Disorders.*

On March 26, a federal judge ordered Florida Medicaid to cover Applied Behavior Analysis (ABA) for the treatment of autism spectrum disorders for children under the age of 21, effective April 2, 2012. Please note that the Agency for Health Care Administration intends to appeal this ruling. If the ruling is overturned, Medicaid will cease to cover these services for the treatment of autism spectrum disorders. Any such action will be announced through Provider Alerts posted on this website.

This alert describes provider qualifications, recipient eligibility criteria, prior authorization request process, service codes and reimbursement rates, billing process, and instructions for managed care plans. These services require prior authorization.

**Provider Qualifications:**
ABA services must be rendered by the following provider types who are enrolled in