UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-cv-20684-JAL

K.G., by and through his next friend,
Iliana Garrido; I.D., by and through
his next friend, Nilda Rivera; and C.C.,
by and through his next friend,
Rachelle Crawford,

    Plaintiffs,

v.

Elizabeth Dudek, in her official
capacity as Secretary, Florida Agency for
Health Care Administration,

    Defendant.
_____/

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PARTIAL STAY PENDING APPEAL

Defendant Elizabeth Dudek, in her official capacity as Secretary of the Florida Agency for Health Care Administration ("AHCA"), by and through the undersigned attorney, respectfully submits this memorandum of law in opposition to Plaintiffs' Motion to for Leave to File a Sur-reply to Defendant's Reply in Support of Motion for Partial Stay. (Doc. 166.)

### MEMORANDUM OF LAW

"The Local Rules of [the Southern District of Florida] do not afford for sur-replies to be filed without leave and justification." *F.T.C. v. 1st Guar. Mortg. Corp.*, 09-61840-CIV, 2012 WL 591255, at *2 (S.D. Fla. Feb. 22, 2012). Surreplies "should generally only be allowed when 'a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief.'" *First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 Fed.Appx.

777, 788 (11th Cir. 2008) (unpublished opinion) (quoting *Fedrick v. Mercedes–Benz USA, LLC.*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga. 2005)).

Plaintiffs purported basis for why this Court should grant them leave to file a surreply is that AHCA's reply misstated Plaintiffs' position in their response and thereby went beyond the scope of Plaintiffs' response. This contention is nonsensical. Plaintiffs' argument necessarily admits that AHCA's reply is directly addressing Plaintiffs' position in their response. Plaintiffs may disagree with AHCA's characterization or framing of the argument; but disagreement is not a reason to allow leave to file a surreply. The Court is capable of reading the response and reply memoranda and deciding for itself whether AHCA misstated Plaintiffs' positions.

Plaintiffs further claim that AHCA raised new arguments in its reply; but they fail to inform the Court exactly what those new arguments are. Plaintiffs likely reason for failing to identify any new arguments raised by AHCA in their reply is that there are none.[1] Rather, it is Plaintiffs, not AHCA, who are attempting to raise new arguments by way of a motion for leave to file a surreply, e.g., Plaintiffs argument regarding "global/macro" and "individual/micro" determinations. (Doc. 166 at 2.) This argument clearly could have been made in Plaintiffs response in opposition to the Motion. As such, the Court should disregard the argument.

In summary, Plaintiffs fail to demonstrate that a particular argument or representation made by AHCA in its reply brief warrants the filing of a surreply.

---

[1] Plaintiffs' counsel identified no new arguments raised by AHCA in its reply when conferring with counsel for AHCA pursuant to Local Rule 7.1(a)(3) prior to filing its motion for leave to file surreply. Thus, any attempt by Plaintiffs to raise such arguments in a surreply without first conferring with AHCA as to same would be a violation of that local rule.

## **CONCLUSION**

Based on the above, AHCA respectfully requests that Plaintiffs' Motion for Leave to File a Sur-reply to Defendant's Reply in Support of Motion for Partial Stay (Doc. 166) should be denied.

Respectfully submitted this 29th day of August 2012,

AGENCY FOR HEALTH CARE ADMINISTRATION

BY:   /s Stuart F. Williams
STUART F. WILLIAMS
Fla. Bar. No. 0670731
General Counsel
Agency for Health Care Administration
2727 Mahan Drive, MS #3
Tallahassee, Florida 32308
Florida Bar No. 0670731
(850) 412-3630 *phone*
(850) 921-0158 *fax*
Stuart.Williams@ahca.myflorida.com

ANDREW T. SHEERAN
Fla. Bar No. 0030599
Assistant General Counsel
Agency for Health Care Administration
2727 Mahan Drive, Building MS#3
Tallahassee, Florida 32308
(850) 412-3630 *phone*
(850) 921-0158 *fax*
Andrew.Sheeran@ahca.myflorida.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by the Notice of Electronic Filing, and was electronically filed with the Clerk of the Court via the CM/ECF system, which generates a notice of the filing to all attorneys of record, on this 29th day of August 2012.

/s Stuart F. Williams
Stuart F. Williams