

FILED by _____ D.C.

DEC 0 7 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Robert R. Prunty, Jr. (Appearing as Next Friend & Pro Se')
427 W. Hickory St.
Arcadia, Florida 34266
863.991.5195 or 863.491.0710

1
2
3
4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

5
6
7   **Minor(s) Robert R. Prunty III; Moses R.** )
8   **Prunty; Josiah R. Prunty; Judah B.I.** )
    **Prunty & Moedeja D. Prunty, by and** )
9   **through Robert R. Prunty, Jr., appearing as**)
    **"next friend and pro se"".** )
10     **Plaintiff(s),** )
11    )
   **vs.** )
12    )
13  **Elizabeth Dudek, in her official capacity as** )
    **Secretary of Florida Agency for Health** )
14  **Care Administration & Ms. Karen Brooks,** )
    **in her official capacity as Program** )
15  **Operations Administrator for Florida** )
    **Agency for Health Care Administration.** )
16    )
   **Defendant(s)** )
17

**Case No.: 11-20684**
**in re- K.G. v. Dudek-**
**CIV-Lenard/O'Sullivan**

**MOTION FOR CONTEMPT**

**HABEAS CORPUS MOTION**

**MOTION SEEKING  EVIDENTIARY**
**HEARING**

18
19
20  Comes now the plaintiff(s), Robert R. Prunty III; Moses R. Prunty; Josiah R. Prunty, Judah B.

21  Israel-Prunty; Moedeja E. Prunty, collectively, by and through Robert R. Prunty, Jr., biological

22  parent of the above named "minors", being hereby and urgently compelled to appear as "Next

23  Friend and Pro Se' in this critical matter regarding "indirect contempt of Court" by Medicaid's

24  Florida Office or AHCA.

25
26  Although the litigation concerning ABA for Autistic persons less than 21 years of age has

27  already been decided by this Honorable Court, and AHCA has been Permanently Enjoined from

28

refusing to pay for ABA services, these plaintiffs have experienced firsthand the fact that AHCA has not complied with this Courts Order by word or in deed.

Medicaid (AHCA) has apparently decided to unilaterally determine the fate of people with Autism by using rhetoric and semantics within the text of its "Medicaid Reform" programs its employees and other surreptitious plans with politicians and the State Legislature instead of providing much needed medical services for Autistic persons under the age of 21.

When any other medical issue arises, such as routine check-ups, colds, scrapes and broken bones, dental services, etc.,  Medicaid (AHCA) is right there in the most unobtrusive, efficient and inconspicuous manner possible.  The Prunty children previously never noticed their subtle but all-important presence.  However, today, these children are very much aware that their condition calls for more professional medical attention and that they haven't been treated at all for their obvious shortcomings.

The children actually can "feel" their own deficiencies, as Dr. Weber pointed out, but Autism limits their expression of thoughts that must be slowed down to a point where they can be utilized and appreciated.

(2) Two of the Prunty children have not yet acquired speech, and only ABA has been proven to make this happen.  The children's ages are 10, 9, 8, 7, & 6. The 10 year old and the 7 year old, cannot speak with words, but I have heard my 10 year old say certain words when coached or prompted.

My 7 year old will sing cartoon songs intermittently that he hears from television, and he appears highly interested and proficient with computers.  Medicaid, especially after this Courts ruling of March 26, 2012, (AHCA) is well-aware of what type change that would and could occur in their lives with immediate ABA intervention, yet, they won't act.  ABA would change their lives, but non-action will destroy these beautiful and special children as members of this society,  literally.

Their eyes tell show how bad they wish to communicate, and it's agonizing when this fact is realized.

While Medicaid (AHCA) is busy so-called "reforming" and enacting laws and revising rules, it is at the same time intentionally ignoring this Courts previous Orders as if they (AHCA) alone are "judge and jury" of the lives and destiny of those persons labeled with the Autistic condition. Medicaid therefore acts unlawfully against the Prunty children and any other Autistic person under 21 years of age who seeks ABA services.

Thus, Medicaid (AHCA) is effectively and intentionally imprisoning and detaining anyone who is Autistic and in need of ABA services, even though they have been previously and legally freed from such constraints by the lawful orders of this very United States District Court. *(See Exhibit A, District Courts Ruling publicized )*.

## BACKGROUND

As a matter of fact and law, the above named minor plaintiffs are part of a specific class of American citizens/individuals already deemed to be stricken by the malady known as "Autism" and are also members of the same class this Court had instructed Medicaid's Florida Office (AHCA) to pay for all ABA services until they reach the age of 21. *(See: Order, Mar. 26, 2012, Exhibit A).*

***Obviously, Medicaid's Florida Office doesn't take this Court's Direct Order very seriously. In fact, AHCA (Medicaid), has in place an insidious program of deception that attempts to or intends to actually deceive this United States District Court as well as intentionally deprive Autistic individuals of urgently needed and intensive ABA services, on an *"open academy* and *extremely high-handed*" basis.

Such efforts by Medicaid (AHCA) are surreptiously known as the *"Medicaid Waiver/Reform Demonstration".* This plan is illustrated here in a simple context merely because of its voluminous nature, but excerpts are shown. An evidentiary/show cause hearing will illustrate its truly diabolical dimensions. However, Medicaid (AHCA) employees also support the insidious plans to deprive the Autistic of much-needed services, and arbitrarily create false impressions concerning the ABA service when they declare *"there are other eligibility requirements"* before one can receive professional ABA services. *(See: Ms. Karen Brooks email to Mr. Prunty, Exhibit B.)*


## MEDICAID'S (AHCA) PURPORTED LIST OF PROVIDERS ARE BOGUS

Furthermore, the spurious "list of so-called ABA providers" that AHCA declares were put in place to provide ABA services, are nothing more than Medicaid service-contract partnered colleagues, HMO cronies, long-term care dependents or various other Medicaid created programs which benefit only the providers that "play ball" with Medicaid's "number codes and classifications" for welfare like payment handouts each year, as a matter of fact and law. *(See: Medicaid ABA provider list sampling, Exhibit C, as well as Mr. Prunty's email comments to AHCA regarding his experiences with the purported list of ABA providers, Exhibit D).*

It is in these ways that (AHCA) Medicaid instantly and immediately ignores the Autistic population with their insidious policies that either "waives" treatment until a later date, or limits the quality of ABA care due to the ultra-low prices Medicaid pays for the ABA services.

In the end, the so-called *providers* are often "fresh out of college" and eager to be a "Medicaid Provider" which doesn't provide service at all, which is a far cry from the level of professionalism it takes to treat Autistic problems in people. Medicaid (AHCA) refuses to partner with the firms that are actually making a difference in the Autistic population, and

instead chooses to partner with *"fledgling firms"* who lack a staff of behaviorialists with real plans and protocol necessary to actually correct aberrant behaviors in people.

Medicaid (AHCA) is also well-aware of the real costs of ABA, which can reach as high as $100,000 per year and go up or down incrementally, based mainly on the so-called further "assessment" Medicaid recommends before any ABA treatment starts. However, this sum is a mere pittance since actually Medicaid boasts of having a ***"$1,000,000,000.00 low-income Pool"*** to assist it in providing care for those persons who cannot afford much-needed services. Such claims appear highly hypocritical in the face of Medicaid's actual actions when it comes to providing ABA services.

Even though the AHCA (Medicaid) website contains a purported "list of providers", when contacted, the people on the list, in near unison, declare that Medicaid has *strict rules* about ABA providers and that all Medicaid selected providers must be on some "Medicaid Program" yearly payment schedule before they have any faith in Medicaid payment for their services, and that the pay for ABA professionals is usually extremely low, lower than the industry average, with Medicaid sometimes refusing to pay completely.

Also, there was not one provider (from those contacted), on the Medicaid list that had enough certified ABA providers on staff to handle (5) five Autistic children, let alone the ability to provide at least 40 hours of "Intensive ABA" services for Autistic people as a whole. Therefore, after several weeks of frustration and wrangling in dealing with many of the purported ABA providers on the AHCA list, plaintiff Prunty was compelled to directly call the Medicaid Area 8 office to inquire about the problem. This plaintiff had phone runaround-type talks with several unknown Medicaid (AHCA) personnel before plaintiff decided to visit the Area 8 Medicaid office in person.

AHCA's Area 8 office embarked upon an even more extensive runaround, even though they hurriedly sent a letter to each of the Prunty children informing them that their ABA treatments had been approved. *(See Exhibit E- ABA Formal Approvals by AHCA).*  However, even with these letters in hand, <u>this plaintiff still could not convince one provider on the list to believe that Medicaid could or would cover their costs for services.</u>  The letter stated that "as soon as we select an ABA provider, that provider will create a service plan". *(See Exhibit E.)*

The so-called "service providers" provided by AHCA (Medicaid), unfortunately, were not able to be "selected" because none of them had the confidence to accept Medicaid's promise of payment, or they lacked adequate certification/behaviorists, or they didn't serve our county, or there is a waiting list/waiver or the recipients don't fall under the correct Medicaid recognized program where providers are actually linked to recipients with payment guaranteed.

In any event, and after waiting at the Florida Area 8 Medicaid office for nearly 2 hours on a wooden bench, suddenly a woman came out of an elevator and spoke to Mr. & Mrs. Prunty at length, commending us for our long-time struggle to obtain ABA services for the children. She then instructed this plaintiffs *"to do nothing more"* until the Area 8 Medicaid office contacted them.

In or about mid-October of 2012, a Mr. Mike Portman from the Area 8 Office contacted Mr. Prunty by telephone and appeared to be genuinely concerned about the dire situation the children are in and demanded that I give him the names of everyone I had contacted from the ABA list offered by AHCA on their website.  I told him that in the interim and in abject frustration I had also contacted *All Children's Hospital* in St. Petersburg, only to learn they provide approximately (1) one hour of ABA services per week, per child.

They *(All-Children's Hospital)* also informed me that Medicaid does not even cover <u>their particular ABA service</u> even though Medicaid pays on average 35-40% of that hospital's total costs for other so-called medically necessary procedures/services each year.

When plaintiff informed Mr. Portman of this he sounded shocked and then started a trivial debate about there not always being a particular need for *"Intensive ABA"* and that I didn't understand that the *"ABA assessments"* would determine the degrees of *"intensity"* of any ABA services paid for by Medicaid.

This stance or proposition of Mr. Portman and AHCA (Medicaid) completely disrespects and disregards this Courts clear purpose and intent with regard to the recent Permanent Injunction against AHCA (Medicaid).  In its Order, this very Honorable Court re-affirmed the following concerning <u>"Intensive ABA"</u>:

> *….."This definition was stipulated to by the parties in their Amended Joint Pretrial Stipulation, Docket entry 98-1.  Dr. Bailey testified that ABA is also called "Intensive Behavioral Intervention" (IBI) therapy or the Lovaas method"….*

However, it is these same rhetorical "assessments" and trivial debates about ABA "intensity" that essentially halts <u>any</u> services for the autistic, since Medicaid's list of ABA providers will not do <u>any</u> assessments due to the strict criteria of Medicaid, or their secret previous alliance with Medicaid based on long term planning or HMO's or other programs of incentive where Medicaid pays them a yearly set amount, or they balked at providing service due to Medicaid's history of merely not paying for ABA services on any meaningful level.

Mr. Portman's final words to this plaintiff were that he would soon be contacting plaintiff with an ABA provider who would do the initial *"in-home assessments"* for all (5) five Autistic children A.S.A.P... His call never came.  Nor will Mr. Portman return the myriad calls from this plaintiff concerning false statements about the *"in-home assessments"* that never happened.

Furthermore, on November 9, 2012, a Ms. Karen Brooks, AHCA Program Services Administrator emailed this plaintiff to inform him that although a child or person has already been diagnosed extensively by doctors in order to be classified as "Autistic", that Medicaid has still *"Other Eligibility Requirements"* and that a *"Waiver"* is also in place regarding Autistic persons which allows Medicaid to arbitrarily decide on the frequency or intensity of any ABA treatments. *(See Exhibit B, Ms. Brooks' emailed statements).*

Ms. Brooks, like Mr. Portman, also demanded to know which providers from the list refused to accommodate the Prunty children. This plaintiff replied by email with the providers he had already contacted. Ms. Brooks never mentioned the providers again. Instead, she introduced the "waiver" program and attempted to explain to this plaintiff that there are *"other eligibility criteria"* which must be met before AHCA will pay for ABA services. *(See Plaintiff's email to AHCA, Exhibit D).*

## HABEAS CORPUS

The Eighth Amendment to the United States Constitution prohibits the federal government from imposing cruel and unusual punishment for federal crimes. The Due Process Clause also bars States from inflicting such punishment for State crimes. However, the cruel and unusual punishment being inflicted by AHCA is much more insidious and sinister than even these, since the victim/children have not suffered any physical injury or pain while still being punished and or unlawfully detained. *(See: Trop v. Dulles, 356 U.S. 86, 78 S. Ct. 590, 2 L. Ed. 2d 630 (1958).*

When innocent people are denied much needed medical services or mental health services, their status as a human being and a United States citizen is drastically affected. They become de-nationalized to a great degree by the evil or wrongful acts of others or the onerous rules or laws imposed by states and or countries. *(See: Trop, supra).*

In analyzing that Courts reasoning, the United States Supreme Court stated that:

*"When someone is de-nationalized, there may be involved no physical mistreatment, no primitive torture.  There is instead the total destruction of the individual's status in organized society".  It is a form of punishment more primitive than torture, for it destroys for the individual the political existence that was centuries in the development".*

While Medicaid (AHCA) uses mere semantics and  rhetoric with its Reform policies in order to deny the Autistic population ABA services, it instantly violates this Court's stern and direct Order.

Clearly, the Prunty children are indeed, at this very moment, being "denationalized", "detained", "disregarded", "dehumanized" and "disrespected"  due to the blatant non-action of Medicaid (AHCA) concerning their medical care, and should they not receive the much needed ABA services, their "status as individuals" in our society will be totally disintegrated, as a matter of fact and law. *(See: Trop v. Dulles, supra)*.

On an even more extreme note, due to the present status of these children as "disabled", the deceptive actions of AHCA (Medicaid) can furthermore be construed as a literal "execution" of a mentally compromised person since, should they not be involved with Intensive ABA services soon, their future status as citizens and human beings will be instantly and immediately executed or assassinated. *(See: Atkins v. Virginia, 536 U.S. 304, 122 S. Ct. 2242, 153 L. Ed. 2d 335 (2002)*.

Thus, AHCA (Medicaid) is actually yet surreptitiously "*criminalizing*" the issue of ABA for Autistic people in that their sinister non-action appears to be a type of sanction against those stricken with the condition.  For example, in *Robinson v. California, 370 U.S. 660, 82 S. Ct. 1417, 8 L. Ed. 2d 758 (1962)*, the Court ruled that punishment may not be inflicted simply because a person is in a certain condition or has a particular illness.

However, and since AHCA appears to still be embracing *Florida Behavior Rule 2-1-4*, it is become apparent that this is an oppressive State law which it (AHCA) intends to continuously use to restrict, detain and deny Autistic persons their inalienable Rights under the U.S. Constitution as well as those granted by operation of Federal Law and this Court's Orders.  On point with this same premise, that Court opined that:

*"We hold that a state law which imprisons a person thus afflicted, as a criminal, even though he has never touched any narcotic drug within the State or been guilty of any irregular behavior there, inflicts a cruel and harsh punishment…To be sure, imprisonment for ninety days is not, in the abstract, a punishment which is either cruel or unusual.  But the question cannot be considered in the abstract.  Even one day in prison would be a cruel and unusual punishment for the crime of "having a cold"…. (See Robinson, supra).*

Therefore, and in pure Habeas Corpus vernacular, Medicaid (AHCA) literally "has the bodies" of these (5) five Autistic children being presently and unlawfully detained and held firmly within the grip of unconscionable *Florida State Behavioral Rule 2-1-4*.  Thus, the Prunty children seek and demand freedom from such immediate oppression within their innocent lives.

In the face of this Courts recent Order enjoining Medicaid permanently from refusing ABA services to Autistic persons, it is obvious by the emails of AHCA executives speaking of *"Waivers"* and *"other eligibility requirements"*, that Medicaid (AHCA) has no intentions of providing ABA services to certain people or to very few people at all.

This practice and policy thereby works to "imprison" and "detain" Autistic persons in a sadistic and deceptive "holding pattern" which is harmful to their minds, bodies and spirits and is highly frustrating to parents.  Such a practice shows that AHCA is still applying *Florida Behavioral Health Rule 2-1-4,* which this Court has already instructed it not to do in its *Permanent Injunction Order*.  Specifically, the Rule 2-1-4 states in pertinent part that:

*"Medicaid does not pay for community behavioral health services for treatment of autism, pervasive developmental delay, non-emotional or non-behavioral based developmental disability, or mental retardation.  Medicaid may reimburse for community behavioral health*

1   *services provided to recipients who have one or more of the preceding conditions, and who*
    *also have behavioral health needs. The presence of one of these conditions does not prohibit*
2   *the recipient from receiving services for behavioral health needs. Services are not considered*
    *to be medically reasonable when the recipient has an organic brain disorder (dementia or*
3   *delirium) or other psychiatric or neurological conditions that have produced a cognitive deficit*
    *severe enough to prohibit benefit to the recipient…"*
4

5   Thus, and upon information and belief, this plaintiff has learned that AHCA (Medicaid) has not

6   amended this *Rule 2-1-4* and its ruthless and devious actions in dealing with this plaintiff and the

7   general public reflect this.  For instance, Ms. Brooks went on to recommend that the Prunty

8   parents contact a company called *"Piece By Piece",* but we had already contacted them and

9   learned that they also had only (1) one certified behaviorist on staff as well and in any event, did

10  not provide "Intensive ABA services" or any real program of ABA whatsoever which would or

11  could accommodate (5) five Autistic Children.  Even after they agreed to do an assessment, and

12  drive to the home, for some strange reason, this assessment was never scheduled.  *(See Exhibit*

13  *F, "Piece By Piece" agrees to do assessment…then mysteriously falters).*

14

15  This Court has already clearly reminded AHCA (Medicaid) of their obligation and commitment

16  to persons with disabilities in its Order enjoining AHCA from such harmful practices.  See

17  excerpt from District Courts Order below:

18

19  …–*"The State of Florida has chosen to participate in the Federal Medicaid program and*
    *therefore must comply with federal statutory and regulatory requirements".  Moore ex rel.*
20  *Moore v. Reese, 637 F. 3d 1220, 1232 (11th Cir. 2011).  Under the Federal Medicaid Act,*
    *States must provide early and periodic screening, diagnostic and treatment services,*
21  *("EPSDT)" for Medicaid eligible children under the age of 21.  42 U.S.C.1396 (a)(10)(A) & 42*
    *U.S.C. (a)(4)(B)….*
22

23

24  This plaintiff responded by email about the providers on the list whom had been spoken to and

25  also described to Mr. Portman what each provider said about Medicaid as it relates to ABA

26  services and payment.

27

28

Even though Ms. Brooks declared that Medicaid pays for ABA services only after *"Other Eligibility Criteria"* are met and after a recipient has made it through the "waiver process", this still diabolically and deviously defies the Courts recent rulings and orders concerning these matters of ABA. *(See Brooks Statements on Exhibit B).*

Thus, Ms. Brook's email of November 9, 2012 is indeed the "smoking gun" that clearly illustrates Medicaid's resolve in refusing ABA treatments for Autistic persons, and even sounds as if she herself is a behaviorist and or other ABA professional speaking for mere children who, through no fault of their own, appear on various aspects of the Autism Spectrum, since the phrase "*other eligibility criteria*" were not stipulated to in this Courts Order of March 16, 2012, which permanently enjoined AHCA permanently from such practices.

Therefore, AHCA (Medicaid's) actions implicate it to furthermore be in immediate and complete violation of *42 U.S.C. 1396d (a) (13),* which declares that services under this provision are to be administered as follows:

*—other diagnostic, screening, preventative, and rehabilitative services, including and medical or remedial services (provided in a facility, a home, or other setting, recommended by a physician or other licensed practitioner of the healing arts within the scope of their practice under state law, for the maximum reduction of physical or mental disability and restoration of an individual to the best possible functional level….*

AHCA's actions in dealing with the Prunty family indeed unilaterally and arbitrarily denied and or reduced the amount, duration and scope of required ABA services for severely Autistic children.  These actions and practices also fly in the face of *42 C.F.R. 440.230(c) (1),* which declares that:

*"A State may not arbitrarily deny or reduce the amount, duration, or scope of a required service…solely because of the diagnosis, type of illness, or condition"…*

- 12

So, in essence, Ms. Karen Brooks' mere "mention" of the word "*waiver*" with regard to these (5) five Autistic children is disingenuous and tortuous on its very face. *(See Brooks email to plaintiff, Exhibit B).* In fact, the "*Waiver*" program only applies to children *under* the age of (5) five years old, *(See 2008 Florida Legislature Report),* managed care recipients, enhanced benefits accounts & long term care recipients. *(See: Medicaid (AHCA) Reform/Demonstration)*

Likewise, neither <u>Autism</u> nor <u>ABA</u> is mentioned within the text of the *"Medicaid Waiver Reform Demonstration"*, nor was any such program ever mentioned to this plaintiff when speaking to Medicaid (AHCA) personnel. The Medicaid Reform Plan states:

*——Under the Medicaid Reform Demonstration, most Medicaid eligibles are required to enroll in a managed care plan as a condition for receiving Medicaid. Participation is mandatory for TANF-related populations and the aged and disabled with some exceptions. The Demonstration allows health plans to offer customized benefit packages and reduce cost sharing, although each plan is required to cover all mandatory services and all State plan services for children and pregnant women.——*

At no time were the Prunty children ever exposed or apprised of this so-called mandatory program.

The Medicaid Reform plan continues using the same deceptive language:

*——As described in Special Terms and Conditions (STCs) #30 – #34 of the Reform Demonstration renewal, Choice Counseling services are to provide enrollees with full and complete information about managed care plan choices, including information on Evaluation Plan 08/09/2012 Page 2 benefits and benefit limitations, cost-sharing requirements, network information, contact information, performance measures, results of consumer satisfaction reviews, and data on access to preventive services. Choice counseling and enrollment information are available on the Agency website and by phone.——*

Likewise, at no time were the Prunty children or their parents ever exposed to *"Choice Counseling Services"*.

Accordingly, Medicaid purportedly has a **$1 Billion dollar** so-called **"Low-Income Pool"** which certainly could and should pay for ABA services of myriad children under 21, and should definitely be a part of this Court's commands to the recalcitrant Medicaid (AHCA), despite their crafty efforts at a bogus "Reform" designed merely to avoid paying for ABA services to a wide audience, and to thwart the supreme Orders of this honorable Court.  The Prunty children were likewise never advised of such a pool of monies.  *(See Medicaid Reform Low Income Pool description below)*:

*—The Low Income Pool (LIP), described in STCs #51-#59, is a pool of funds that supports safety net providers that furnish uncompensated care to the Medicaid, underinsured, and uninsured populations. The LIP has a maximum annual allotment of $1 billion for each year of the Demonstration extension. Federal CMS has established Tier-One and Tier-Two Milestones for the LIP during the Demonstration extension, which is outlined in STCs #60- #62. Both Tier-One and Tier-Two Milestones are to be aligned with the overarching goals of CMS' Three-Part Aim: better care for individuals including safety, effectiveness, patient centeredness, timeliness, efficiency, and equity; better health for populations by addressing areas such as poor nutrition, physical inactivity, and substance abuse; and reducing per-capita costs.—*

Ironically, ABA has been targeted or labeled by AHCA as a "fee for service" aspect of its "Medicaid Reform Program".   "Fee for service" has been often considered by Medicaid to be a part of the problem and not the solution when it comes to its budget woes.  As such, and with ABA being a "fee for service" program, "fee for service" programs have been labeled as vulnerable to "fraud and abuse" and should be "phased out", according to AHCA (Medicaid).

This action will effectively erase any thought of serving the Autistic population, since ***every*** so-called provider of Medicaid ABA services is a "fee for service" program.  *(See Plan to phase out fee-for service programs below :)*

- *Introduce more individual choice, increase access, and improve quality and efficiency while stabilizing cost;*
- *Increase the number of individuals in a capitated or premium-based managed care program and <u>reduce the number of individuals in a fee-for-service program;</u>*
- *Improve health outcomes and reduce inappropriate utilization;*
- *Demonstrate that by moving most recipients into a coordinated care-managed environment, the overall health of Florida's most vulnerable citizens will improve;*
- *Serve as an effective deterrent against fraud and abuse by <u>moving from a fee-for-service</u> to a managed care delivery system;*
- *Maintain strict oversight of managed care plans including adapting fraud efforts to surveillance of fraud and abuse within the managed care system;*
- *Provide managed care plans with flexibility in creating benefit packages to meet the needs of specific groups; and*
- *Provide plans the ability to substitute services and cover services that would otherwise not be covered by traditional Medicaid.*

This self-serving and arguably discriminatory classification, going under the guise of "Medicaid Reform", totally rules out any person with Autism ever again receiving *"fee-for service"* program availability.

Upon closer analysis, it is crystal clear that the entire Medicaid Reform/Demonstration Plan is only focused on those born on or before 1931 and the aged and disabled group, which already enjoy managed care plans.  There is no *"special care network"* designed to focus on children with chronic conditions, like Autism.

Medicaid literally has <u>**no**</u> plan for the future when it comes to ABA or Autism, except to ignore the issues with rhetoric and semantics, while essentially murdering the social status of real human beings in the process.

**FLORIDA SENATE BILL 838 CLASHES WITH COURTS ORDER**

As a matter of fact and law, the *Florida Senate Bill 838* clashes with this Courts Order for

*"AHCA to provide ABA services <u>immediately</u> to those children under age 21".*

This Bill essentially allows Medicaid (AHCA) to <u>*privately*</u> contract with vendors as well as to

<u>*evaluate*</u> the <u>*clinical practice patterns*</u> of providers.  This process alone leaves Autistic persons

wondering if and when AHCA will ever find a suitable ABA provider/partner to team up with

for these extremely important services.  In essence, the Bill allows the "Waiver" to add to this

already discriminatory effect and AHCA to withhold or delay ABA services indefinitely.

Thus, when this Honorable Court declared that:

*"Therefore, <u>as of this moment</u>, I enjoin the defendants from enforcing Florida Behavioral*
*Rule 2-1-4 as it relates to Autism; and the State of Florida is hereby ordered to provide ABA*
*treatment when it is appropriately proscribed by a medical professional immediately"…..( See*
*Courts Order at Exhibit A)….*

----AHCA (Medicaid) was secretly grinning like *"Mr. Burns from the Simpson's show"* at the

ongoing reality of its ultra-sinister *"Waiver and Medicaid Reform Plans"* which were already in

place when this Court's Order was uttered. ----

## MEMORANDUM OF LAW

AHCA (Medicaid) was well aware when this Honorable Court issued its Permanent Injunction

against Medicaid's (AHCA) practice of rejecting ABA therapy for Autistic persons, that it

already had in place the *"Medicaid Reform Demonstration"* which effectively excludes Autistic

persons from services due mainly to the *"fee for service"* nature of the ABA therapy.

Furthermore, Medicaid (AHCA) was also well aware of the "waiver/reform" shenanigan it was playing before this Court and to its recipients while having the Court believe it would be providing ABA services to the needy, while on the other hand, prompting people like Ms. Karen Brooks and Mr. Mike Portman to propagate the arbitrary *"other eligibility requirements"* over and above the already burdensome designation of "Autism" while  essentially over-riding the Courts Order that defendants refrain from refusing ABA treatment.. *(See Medicaid Reform Demonstration).*

Because Medicaid (AHCA) obviously refuses to abide by this Courts Orders to "Pay for and provide ABA services to those persons over age 21", they are in indirect Contempt of Court *as of this moment*.

Therefore, these defendants should be held in Indirect Contempt of Court, sua sponte, and for the further following reasons:

1.) Ms. Brooks falsely declaring that the waiver program applied to Autistic persons, while full knowing it applied to children under age 5.

2.) Ms. Brooks never directing the Prunty family to an ABA provider with more than (1) one behaviorialist on staff or one who would or could even perform an "assessment".

3.) Mr. Portman claiming there may not be a need for intensive ABA.

4.) Medicaid's (AHCA) utter failure to place these Autistic children in a managed care program relating to Autism and ABA, or to even mention it.

5.) Medicaid boasting about a "low-income pool of 1 billion dollars", while balking at intensive ABA services for a mere (5) five Autistic children.

6.) Medicaid's (AHCA) list of ABA providers, which were nothing more than their long-list of long-time cronies that receive a Medicaid salary each year due to their participation in various Medicaid approved/managed programs.

7.) Medicaid's (AHCA) fixing their payouts for ABA providers at too low of an amount, effectively distancing and alienating ABA professionals from Medicaid participation in order to discourage any real involvement by the psychiatric/behaviorialist community as they relate to the Autistic population in general.

8.) Medicaid's (AHCA) utterly disrespectful refusal to upgrade their literature to reflect this Courts recent ruling regarding Autism and ABA services, except to speak of appealing the Courts ruling, and or make such upgrade clear with regard to Florida Behavior Rule 2-1-4.

9.) Medicaid's (AHCA) refusal to return this plaintiff's calls after Mr. Portman stated he would be contacting plaintiff with an ABA provider to perform the initial "in-home assessments" of the Prunty children.

10.) Medicaid's full knowledge of the plight of the (5) five Prunty children while they did nothing to alleviate the problem by merely paying for ABA services.

11.) The Medicaid (AHCA) Reform Plan/Demonstration has no written plan for the Autistic community's future.

12.) Medicaid (AHCA) did not appeal the ruling against it on March 26, 2012 because it already had foreknowledge of the diabolical and deceitful *"Medicaid Waiver*

*Reform/Demonstration Plans"* it already had in place which were designed to thwart any adverse rulings/Orders of the Federal Courts.

13.) Medicaid has also recently been found in Contempt of Court in a Kentucky case against it for similar non-compliance with Courts Orders. *(See: ARH vs. Coventry Cares, 2012).*

14.) Medicaid's representatives, Mr. Mike Portman and Ms. Karen Brooks, consciously set out on a self-defeating and patronizingly evil plot to deceive and distract this plaintiff and the Prunty Children, while full knowing of this Courts previous ruling requiring Medicaid to pay for ABA services.

15.) Medicaid's (AHCA) never mentioning any plans that apply to ABA or Autistic persons in general.

## RELIEF REQUESTED

With a view to Medicaid's (AHCA) boasts of a *$1,000,000,000.00* so-called "low-income pool", Medicaid should first of all be found in "indirect contempt of court" for its imprudent decision to attempt to thwart this Courts lawful Orders, and then be also compelled by this Honorable Court to develop an actual and personal  "Medicaid budget plan" specifically for the Prunty children, targeting a highly visible and commercially recognized ABA professional organization which includes a full and intensive plan/program of ABA as well as firm threats from the bench of future fines for any further non-compliance regarding any more persons with Autism.

These efforts will indeed allow Medicaid (AHCA) to *"produce the bodies"* of the Prunty children and actually ***hand carry*** them through the process of <u>assessment</u>, <u>diagnosis</u> and

treatment with the most advanced ABA services known to modern mankind, with monthly

reports to this Court concerning their progress with the ABA providers chosen by plaintiff's,

Medicaid or the Court, whichever this Court deems most effective.


Thus, the prospective ABA providers should furthermore be collectively and uniquely selected

by:

    1.) This Courts own appointed  moderator/mediator;

    2.) A Medicaid (AHCA) representative;

    3.) The parents of the Prunty children

    4.) …or all of the above

Any other arrangement would seem unfair to children so inhumanely deprived of such basic and

necessary medical services.  ABA services shall also include a minimum of (40) forty hours per

week of "Intensive ABA" for all (5) five of the Prunty children as well as a hyper-comprehensive

medical ABA plan for the actual home setting, with certified behaviorists applying another 10-20

hours per week of intensive ABA therapy.


Alternatively, an evidentiary hearing should also be held, where selected and certified

behaviorists can perform an actual "in-court assessment" of the (5) five Prunty children in order

to assist the United States Federal Court-appointed moderator/mediator in selecting the

appropriate ABA teams to perform this service for the Prunty children.

Also at this evidentiary hearing, defendants should be compelled to include "Autism" and "ABA" in their literature, with a view to erasing the jargon in order to explain to parents what actually to do when it comes to getting ABA treatment for their Autistic children.

Also at this hearing, Medicaid should be questioned about their true intentions concerning its *"Waiver/Reform/Demonstration"* as it applies to Autistic persons, with a direct command to instantly "re-word" the goals and directives into a light more conducive to Autistic persons feeling as if Medicaid is going to be their long term provider of ABA therapy, as well as develop a plan and program based on Autism and its treatment, and be immediately linked to legitimate ABA care providers.

Medicaid (AHCA) should also be required by the Court to exhibit constant-proof of the Prunty children being assisted by qualified ABA professionals on a long term basis, or at least until the age of 21, merely and in order to act as a model for future children and families who need to rely on Medicaid to act with *"no strings attached"* when it comes to the lives and well-being of their loved ones.

Medicaid should also be ordered to link these children with the national Institutes of Health's Autism Network and pay those costs as well; for the sake of research and advancement of ABA in an effort to educate more families with Autistic children about options available to them should this malady strike their children.

Medicaid should also be instructed to pay all transportation services relating to ABA treatments wherever they may take the Prunty children or wherever the ABA therapy recommends, and any other and further relief this Honorable Court deems just and proper.

Respectfully Submitted,

Robert R. Prunty, Jr.

**"I hereby declare under penalty of perjury that the foregoing is true and correct".**

**Executed on December4th, 2012**

Signed by: Robert R. Prunty, Jr.

**Original copies have also been sent to the following entities and individuals:**

United States District Judge Joan A. Lenard

400 North Miami Avenue (Room 12-1)

Miami, Florida 33128

Elizabeth Dudek & Karen Brooks, C/o

Agency for Health Care Administration

2727 Mahan Drive

Tallahassee, FL 32308


Ms. Miriam Harmatz

In re: K.G. v. Dudek

Florida Legal Services

2425 Torreya Drive

Tallahassee, Florida 32303

Robert R. Prunty, Jr.
427 West Hickory Street
Arcadia, Florida 34266
863.991.5195 or 863.491.0710 __

Exhibit A

# HEALTH NEWS | **FLORIDA**

12/02/12    [ Search ]

HOME   HNF STORIES   CONSUMER CORNER   ANALYSIS & OPINION   WEEK IN REVIEW   ABOUT US   SUPPORT OUR WORK

☐ SHARE   📷 🐦 ✉

## Judge orders Medicaid to cover autism therapy

**By Carol Gentry**
*03/28/12 © Health News Florida*

In a case that could jolt Medicaid programs across the country, a federal judge in Miami has ordered Florida officials to cover behavioral therapy for autistic children.

U.S. District Judge Joan Lenard called the Medicaid program's denial of coverage "arbitrary, capricious and unreasonable, both in its process and in its conclusion."

Her order applies to more than 8,000 low-income children in Florida who are enrolled in Medicaid. In her oral order late Friday following four days of testimony, according to a lawyer who was there, the judge called it "one of the most important cases I have ever heard."

She issued a permanent injunction giving Medicaid just seven days to notify all physicians who screen youngsters in Medicaid and all community behavioral health programs that the therapy -- called "Applied Behavior Analysis" -- would now be covered.

Lenard's order said that the injunction "is without question in the public interest."

The plaintiffs were children identified by their initials -- K.G., I.D. and C.C. But the injunction applies to all the children on Medicaid for whom the therapy could be beneficial.

The cost of that was estimated at $12 million a year -- of which Florida must pay $5 million, while the federal government picks up the rest. But Lenard said in her order that it is less expensive in the long run to give the children corrective behavioral training than to leave them untreated.

The state Agency for Health Care Administration, which runs Medicaid in Florida, had argued that the treatment was experimental. But testimony indicated that AHCA omitted some favorable studies, and that it did not follow its usual processes for evaluation.

Michelle Dahnke, spokeswoman for AHCA, said late Tuesday that the agency was "reviewing the transcripts and the written order" so that it could offer a response.
The Medicaid program had labeled the treatment "experimental" and denied payment for it, even though commercial insurers in Florida are required to cover it.

"Judge Lenard's order will eliminate this tragic disparity," said lead counsel Miriam Harmatz of Florida Legal Services.

Because most states have a similar disparity, "this case will have national impact," Harmatz said. And sure enough, late Tuesday afternoon, she said the legal services team was being flooded with e-mails from peers in other states.

*--Health News Florida is an independent online publication dedicated to the public interest. Editor Carol Gentry can be reached at 727-410-3266.*

THANKS TO HEALTH NEWS SPONSORS!



Florida Health Care Affordability Summit

**Jan. 10-11, 2013**
Orlando, FL



THE HEALTH LAW FIRM
Representing Health Providers Throughout Florida & the U.S.
George F. Indest III
Licensed in Florida, Louisiana, and Washington, D.C.
30+ years experience
Six (6) Attorneys Available
Altamonte Springs, FL
Phone: (407) 331-6620
Fax: (407) 331-3030
Web: www.thehealthlawfirm.com



THE ONLY COMPREHENSIVE CANCER CENTER

LEARN MORE »

MOFFITT CANCER CENTER



SFHHA Annual Meeting & Dinner
December 6, 2012

For more information or to register please visit
**SFHHA.com**

SFHHA



© 2010 Health News Florida

**robert prunty (MrModady@dcemail.com) - Sun, 12/02/12 18:35:42 -0800**

**Show Full Headers | Print | Close Printer View**



EXHIBIT B

| | |
|---|---|
| **From:** | "Brooks, Karen" <Karen.Brooks@ahca.myflorida.com> |
| **To:** | "mrmodady@dcemail.com" <mrmodady@dcemail.com> |
| **Cc:** | "Portman, Michael" <Michael.Portman@ahca.myflorida.com> |
| **Subject:** | ABA Services |
| **Date:** | Fri 11/09/12 10:59 AM |

Mr. Prunty,

Michael Portman shared with me that you would not be obtaining Applied Behavior Analysis (ABA) services from Children's Hospital as they did not provide "intensive" ABA. It is my recommendation that you contact Peace by Piece Solutions who has already expressed a willingness to work with you and your family and schedule assessments for each of the children as soon as possible. It is my suggestion that when you call you specifically ask to speak with Tracey Demarest as she is familiar with your situation at (239) 245-8301.

Please note that Medicaid intends that children who have an Autism diagnosis *and meet the other eligibility requirements* receive their primary treatment through the Developmental Disability (DD) Waiver which is administered by the Agency for Persons with Disabilities (APD). As we discussed on our call a couple of weeks ago, there is a waiting list for the DD Waiver. *However, it is essential that if a child meets the DD Waiver eligibility criteria that they get on this waiting list as young as possible to ensure that they will have the most appropriate services in place throughout their lifetime, if needed.* Once a child with Autism reaches adulthood the opportunity to receive DD Waiver services is often lost. I strongly encourage you to initiate an assessment for each of your children to determine if they qualify for the DD Waiver services as soon as possible. The contact person at APD is Ann Barrow at 727-217-7024 or 941-751-8806 .

I thought it would also be helpful to provide you with a description of the ABA service that Medicaid has approved for children under the age of 21 with an Autism Spectrum Disorder. ABA services are provided to assist a person to learn new behaviors and/or replace challenging behaviors. This is accomplished by first assessing the child and identifying their relationships with individuals in their life and their environment. The amount of ABA that is medically necessary to meet the child's needs is determined by the Board Certified Behavior Analyst's (BCBA) assessment. The analyst develops a behavior plan and sometimes works directly with the child, but much of the work is done with the family, caregivers and significant others in the child's life. The analyst provides training and/or models with the family and significant others how best to interact with the child to achieve the most healthy and beneficial response from the child. The goal is to have the child in an environment where all the supporting people in their lives are best equipped to respond to the challenging behaviors associated with this diagnosis. ABA services include assessment, observation, measurement of behaviors, analysis, training of significant others, modeling, etc.. ABA is *not* direct personal care of the child nor is it cognitive therapy. The amount and frequency of ABA to be provided and the duration of treatment will vary greatly and will be based on the unique needs of each child.

I hope this information is helpful. If you have any questions, please feel free to contact me at (239) 335-1270 or Michael Portman at (239) 335-1278.

# Karen Brooks,, M.S.W.

Medicaid Services Area 8 Field Office

Program Operations Administrator

2295 Victoria Avenue, Suite 309

Ft. Myers, FL 33901

Phone:  239-335-1270
Fax:  239-338-2927
e-mail to: karen.brooks@ahca.myflorida.com

**REPORT MEDICAID FRAUD**
**Online or 866-966-7226**
**REPORTAR FRAUDE**

CONFIDENTIALITY NOTICE:  *This message may contain exempt, confidential, privileged and/or protected information intended for the exclusive use of the designated individual(s) named above.  It is prohibited for anyone else to disclose, copy, distribute or use the contents of this message.  If you have received this communication in error, please notify sender and delete the e-mail and all attachments immediately.*

**robert prunty (MrModady@dcemail.com) - Sun, 12/02/12 18:35:42 -0800**

Copyright ©1998-2004 DCPages.com All Rights Reserved. Privacy Policy, Terms of Service, Privacy Policy.

**FLORIDA MEDICAID**

EXHIBIT C

# Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com. Any provider referral/enrolled in Florida Medicaid as a qualified ABA provider type may email AreasMedicaidHelpDesk@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | ASSOC FOR RETARDED CITIZENS OF | (352) 334-4060 | ARC OF ALACHUA COUNTY 3303 NW 83RD ST | GAINESVILLE FL 32606 6227 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | ABA BEHAVIOR ANALYSIS SUPPORT | (352) 332-8388 | 10929 NW 35TH PLACE | GAINESVILLE FL 32606-0000 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | BCS, INC | (352) 373-411 | 1409 NW 6TH ST STE 120 | GAINESVILLE FL 32601-3234 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | BEHAVIORAL LEARNING SYSTEMS | (352) 265-6525 | 1951 NW 39TH PLACE | GAINESVILLE FL 32605-0000 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | CHOICE BEHAVIOR SERVICES LLC | (352) 264-8152 | 1731 NW 6TH ST STE A-1 | GAINESVILLE FL 32609-8535 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | FAMILY PRESERVATION SERVICES OF FLORIDA, INC | (352) 373-1602 | 3426 N.W. 68TH ROAD | GAINESVILLE FL 32653-0000 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | GREGORY D LANGER | (352) 373-4411 | 1409 NW 6TH ST STE 120 | GAINESVILLE FL 32601-3234 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | MARLE E SARDUY | (352) 472-3791 | 25051 NW 4TH AVENUE | NEWBERRY FL 32669-0000 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | JUDY A HASAM-LEWIS | (352) 339-0923 | 14104 NW 140TH ST | ALACHUA FL 37616- |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | LINDA R HOLUMBASH | (552) 374-5660 | 4300 SW 13TH STREET | GAINESVILLE FL 32608- |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | MERIDIAN BEHAVIORAL HEALTHCARE, INC | (352) 872-5152 | 3430 NE 39TH AVE | GAINESVILLE FL 32609-2635 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | NORTH AMERICAN FAMILY INSTITUTE, INC | (352) 265-3284 | 1600 SW ARCHER ROAD PO BOX 100371 | GAINESVILLE FL 32610-0371 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | RICHARD A GREER | (386) 462-2007 | 10507 NW 146 PLACE | ALACHUA FL 37615-0000 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | TRANSITIONS BEHAVIORAL & SUPPORT SERVICES, INC | (386) 462-2007 | NEW BEGINNINGS WSC AND CMS 10507 NW 146TH PL | ALACHUA FL 32615-5723 |
| APPLIED BEHAVIOR ANALYSIS | ALACHUA | TRANSITIONS BEHAVIORAL AND SUPPORT SERVICES, INC | (386) 462-2007 | 10507 NW 146TH PL | ALACHUA FL 32615-5723 |
| APPLIED BEHAVIOR ANALYSIS | SALES | NORTHEAST FLORIDA STATE HOSPITAL | (904) 259-4671 | 84 W LOWDER ST STE V | MACCLENNY FL 32063-2638 |

# FLORIDA MEDICAID

## Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysis who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com. Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified APA provider type may email AreaC@ahca@myflorida.com and request to be added to this list.

As of October, 2012

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | BREVARD | JANICE BEHL | (321) 863-5286 | 135 MYRTICE AVE | MERRITT ISLAND,FL 32953-3449 |
| APPLIED BEHAVIOR ANALYSIS | BREVARD | JOSEPH S PICCARD | (321) 848-4156 | 4680 28TH CT | VERO BEACH,FL 32967-1330 |
| APPLIED BEHAVIOR ANALYSIS | BREVARD | 3RD STEP MENTAL HEALTH CENTER INC | (954) 452-4489 | 200 SW 27TH AVE STE 100 | FORT LAUDERDALE,FL 33312-1239 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | F.A.C.T.S. INC | (954) 760-7078 | 1048 NE 3RD AVENUE | FORT LAUDERDALE,FL 33304-0000 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ADVANCED BEHAVIORAL ACHIEVEMENT INC | (954) 431-9838 | 1000 N HIATUS RD STE 140 | PEMBROKE PINES,FL 33026-2091 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | REHABILITATION CTRS | (954) 746-9400 | 10250 NW 53 STREET | SUNRISE,FL 33351-0000 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ALBERT CASTELLANO DIEGO TORRES LLANE & ASSOCIATES INC | (954) 783-2440 | 729 E ATLANTIC BLVD | POMPANO BEACH,FL 33060-6335 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ALBERT CASTELLANO DIEGO TORRES LLANE & ASSOCIATES INC | (954) 345-8483 | 3691 NW 126TH AVE | CORAL SPRINGS,FL 33065-2426 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ALTERNATE FAMILY CARE, INC. | (954) 252-0227 | 5050 SW 163RD AVE | SOUTHWEST RANCHES,FL 33331-1434 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ANGEL SERVICES CORP | (954) 862-1707 | 12401 ORANGE DR STE 219 | DAVIE,FL 33330-0000 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ARIN STORE CENTER INC | (954) 584-8900 | 1790 SW 43RD WAY | FT LAUDERDALE,FL 33317-0000 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | ARCHWAYS | (954) 763-2030 | 919 N.E. 13TH ST. | FT. LAUDERDALE,FL 33304-0000 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | BAYVIEW CENTER FOR MENTAL HEALTH | (954) 888-7999 | 3501 S UNIVERSITY DR SUITE 6 | DAVIE,FL 33328-0200 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | BEHAVIOR ANALYSIS, INC. | (954) 577-7790 | 8001 SW 36TH STREET SUITE 9 | DAVIE,FL 33328-0000 |
| APPLIED BEHAVIOR ANALYSIS | BROWARD | BOARD CERTIFIED BEHAVIOR ANALYST GROUP INC | (954) 895-0427 | 1349 MAJESTY TER | WESTON,FL 33327-2308 |

Page 3

As of October, 2012



# FLORIDA MEDICAID

## Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com. Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email Area8MedicaidHelp@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | DESOTO | G4S YOUTH SERVICES, LLC | (863) 993-2600 | 8896 SW START CENTER ST *Juv. Jst Crt Ord Prog | ARCADIA,FL 34269-5914 |
| APPLIED BEHAVIOR ANALYSIS | DADE | WINGS FOR LIFE SOUTH FLORIDA | (305) 256-6275 | 11000 SW 220TH ST | MIAMI,FL 33170-0000 |
| APPLIED BEHAVIOR ANALYSIS | DADE | WILLIAM CLIFT APPLETON | (305) 546-7951 | 29470 SW 193RD AVE | HOMESTEAD,FL 33030-2221 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | ACE-AGENCY FOR COMMUNITY EMPOWERMENT,INC | (904) 551-0760 | 511 N WASHINGTON ST | JACKSONVILLE,FL 32202-2734 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | ACE-AGENCY FOR COMMUNITY EMPOWERMENT, INC. | (904) 551-0760 | 5730 BOWDEN RD STE 206 | JACKSONVILLE,FL 32216-6103 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | ANGELWOOD, INC. | (904) 288-7259 | DIANE TUTTLE, EXEC. DIRECTOR 10837 CHEATHAM TRL | JACKSONVILLE,FL 32223-6642 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | ANGELWOOD, INC. | (904) 288-7259 | 4674-2 HOOD ROAD | JACKSONVILLE,FL 32257-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | ARC/DUVAL | (904) 355-0155 | 1050 N DAVIS STREET | JACKSONVILLE,FL 32209-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | CAROLYN E MARTINEZ | (904) 743-5291 | 3723 GURLEY ROAD | JACKSONVILLE,FL 32277-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | CHILD GUIDANCE CENTER | (904) 448-4700 | 5776 ST. AUGUSTINE RD | JACKSONVILLE,FL 32207-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | CHILD GUIDANCE CENTER | (904) 745-3070 | 1100 CESERY BLVD STE-100 | JACKSONVILLE,FL 32211-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | CHILD GUIDANCE CENTER | (904) 783-2579 | 4595 LEXINGTON AVE | JACKSONVILLE,FL 32210-2058 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | CHILDREN'S HOME SOCIETY | (904) 304-7600 | CHS-BUCKNER DIVISION 3027 SAN DIEGO RD | JACKSONVILLE,FL 32207-3691 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | COMMUNITY REHAB CENTER | (904) 358-1211 | 623 BEECHWOOD ST. | JACKSONVILLE,FL 32206-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | DANIEL MEMORIAL, INC. | (904) 737-1677 | 3725 BELFORT RD | JACKSONVILLE,FL 32216-0000 |

# FLORIDA MEDICAID

## Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com. Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email Area8MedicaidHelp@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | DUVAL | RIVER REGION HUMAN SER. | (904) 899-6300 | 390 PARK STREET | JACKSONVILLE,FL 32204-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | SIVANTA J PAUL | (904) 279-1666 | 4237 SALISBURY RD STE 301 CHILD GUIDANCE CENTER | JACKSONVILLE,FL 32216-0908 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | THE ARC JACKSONVILLE, INC. | (904) 355-0155 | 1050 N DAVIS ST | JACKSONVILLE,FL 32209-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | THE ARC JACKSONVILLE, INC. | (904) 573-2805 | 4401 WESCONNETT BLVD | JACKSONVILLE,FL 32210-7345 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | VOLUNTEERS OF AMERICA OF FL, INC. | (813) 282-1525 | 4401 EMERSON STREET SUITE 6 | JACKSONVILLE,FL 32207-0000 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | WORLD GOOD NEWS INC | (904) 389-5231 | 4570 SAINT JOHNS AVE STE 3 | JACKSONVILLE,FL 32210-1844 |
| APPLIED BEHAVIOR ANALYSIS | DUVAL | YOUTH CRISIS CENTER, INC | (904) 720-0002 | 3015 PARENTAL HOME RD | JACKSONVILLE,FL 32216-5704 |
| APPLIED BEHAVIOR ANALYSIS | ESCAMBIA | CHILDRENS HOME SOCIETY | (850) 266-2700 | 1300 N PALAFOX STREET SUITE 103 | PENSACOLA,FL 32501-0000 |
| APPLIED BEHAVIOR ANALYSIS | ESCAMBIA | COMMUNITY OUTREACH, INC. | (850) 473-0182 | 2456 SOUTH HIGHWAY 29 | CANTONMENT,FL 32533-0000 |
| APPLIED BEHAVIOR ANALYSIS | ESCAMBIA | FLORIDA THERAPY SERVICES INC | (850) 471-0017 | 4400 BAYOU BLVD STE 38 | PENSACOLA,FL 32503-1911 |
| APPLIED BEHAVIOR ANALYSIS | ESCAMBIA | LAKEVIEW CENTER, INC | (850) 432-1222 | LAKEVIEW CENTER 1221 W LAKEVIEW AVE | PENSACOLA,FL 32501-1836 |
| APPLIED BEHAVIOR ANALYSIS | FRANKLIN | APALACHEE CENTER, INC. | (850) 523-3333 | 159 12TH STREET | APALACHICOLA,FL 32320-0000 |
| APPLIED BEHAVIOR ANALYSIS | GADSDEN | APALACHEE CENTER, INC. | (850) 523-3333 | 79 LASALLE PATH | QUINCY,FL 32351-0000 |
| APPLIED BEHAVIOR ANALYSIS | GILCHRIST | MERIDIAN BEHAVIORAL HEALTHCARE, INC. | (352) 487-0064 | 728 NE 7TH STREET | TRENTON,FL 32693- |
| APPLIED BEHAVIOR ANALYSIS | GLADES | AMIKIDS LAST CHANCE RANCH | (863) 699-3785 | 122 RANCH ROAD | VENUS,FL 33960- |

FLORIDA
MEDICAID

## Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com . Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email AreaMedicaidHelp@ahca.myflorida.com and request to be added to this list.

As of October, 2012

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | POLK | G4S YOUTH SERVICES, LLC | (863) 452-3815 | AVON PARK YOUTH ACADEMY 242 SOUTH BLVD | AVON PARK,FL 33825-9200 |
| APPLIED BEHAVIOR ANALYSIS | POLK | G4S YOUTH SERVICES, LLC | (863) 519-5581 | 2145 BOB PHILLIPS RD | BARTOW,FL 33830-6700 |
| APPLIED BEHAVIOR ANALYSIS | POLK | KEITH A JORDAN | (863) 551-3300 | ALTERNATIVE BEHAVIORAL CONCE 117 E LAKE AVE STE D | AUBURNDALE,FL 33823-3437 |
| APPLIED BEHAVIOR ANALYSIS | POLK | LUANNE SADOWSKY | (863) 687-1222 | LAKELAND REGIONAL MED CTR 1324 LAKELAND HILLS BLVD | LAKELAND,FL 33805-4500 |
| APPLIED BEHAVIOR ANALYSIS | POLK | PEACE RIVER CTR FOR PERS | (863) 519-0575 | 1835 N GILMORE AVE | LAKELAND,FL 33805-1559 |
| APPLIED BEHAVIOR ANALYSIS | POLK | STEPHEN D NENNER | (863) 294-7056 | CENTER 1201 1ST ST S | WINTER HAVEN,FL 33880-3904 |
| APPLIED BEHAVIOR ANALYSIS | POLK | SUSAN ISKOWITZ | (863) 294-7062 | 1201 1ST ST S | WINTER HAVEN,FL 33880-3904 |
| APPLIED BEHAVIOR ANALYSIS | POLK | TRI-COUNTY HUMAN SERVICES,INC | (863) 299-5286 | 41 3RD ST SW | WINTER HAVEN,FL 33880-2906 |
| APPLIED BEHAVIOR ANALYSIS | POLK | WINTER HAVEN HOSP. B.H.D | (863) 294-7059 | 200 AVENUE "F" N.E. | WINTER HAVEN,FL 33881-0000 |
| APPLIED BEHAVIOR ANALYSIS | PUTNAM | SMA BEHAVIORAL HEALTH SERVICES, INC | (800) 539-4228 | 330 KAY LARKIN DR | PALATKA,FL 32177-2307 |
| APPLIED BEHAVIOR ANALYSIS | PUTNAM | THE ARC OF PUTNAM COUNTY, INC. | (386) 325-2249 | 1209 WESTOVER DR | PALATKA,FL 32177-5329 |
| APPLIED BEHAVIOR ANALYSIS | SANTA ROSA | CATHERINE D/A IRWIN | (850) 934-5857 | PARTNERS WITH PEOPLE 2735 SUNRUNNER LN | GULF BREEZE,FL 32563-5510 |
| APPLIED BEHAVIOR ANALYSIS | SANTA ROSA | FLORIDA THERAPY SERVICES INC YOUTH SERVICES INTERNATIONAL, INC | (850) 981-0017 | 6044 DOCTORS PARK | MILTON,FL 32570-5072 |
| APPLIED BEHAVIOR ANALYSIS | SANTA ROSA | FAMILY PRESERVATION SERVICES OF FLORIDA | (850) 957-3600 | 12364 ENVIRONMENTAL CENTER RD SANTA ROSA YOUTH ACADEMY | HOLT,FL 32564-9126 |
| APPLIED BEHAVIOR ANALYSIS | SARASOTA | GULF COAST HEALTH CARE SERVICES INC. | (941) 359-1927 | 1748 INDEPENDENCE BLVD STE D-1 | SARASOTA,FL 34234-0000 |
| APPLIED BEHAVIOR ANALYSIS | SARASOTA | | (941) 408-8988 | 153 CENTER RD | VENICE,FL 34285-5572 |



**FLORIDA MEDICAID**

As of October, 2012

# Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com . Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email AreaMedicaidhelp@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | SARASOTA | NATIONAL MENTOR HEALTHCARE, LLC | (941) 955-2593 | 2055 WOOD STREET SUITE 118 | SARASOTA,FL 34237-0000 |
| APPLIED BEHAVIOR ANALYSIS | SARASOTA | THE FLORIDA CENTER FOR EARLY CHILDHOOD INC | (941) 371-8820 | 4620 17TH ST | SARASOTA,FL 34235-1843 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | BOYS TOWN OF CENTRAL FLORIDA, INC. | (407) 588-2170 | 975 OKLAHOMA ST | OVIEDO,FL 32765-9104 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | BOYS TOWN OF CENTRAL FLORIDA, INC. | (407) 588-2160 | 1350 HEALING PLACE | OVIEDO,FL 32765-0000 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | CIRCLE OF FRIENDS SERVICES INC | (386) 473-4566 | 111 E MONUMENT AVE UNIT 509 | KISSIMMEE,FL 34741-5779 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | HOPE FOR TOMORROW MENTAL HEALTH SERVICES, LLC | (407) 834-0942 | 393 CENTERPOINTE CIR STE 1415 | ALTAMONTE SPRINGS,FL 32701-3444 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | JENICA, INC. | (407) 792-0900 | 705 W 1ST ST | SANFORD,FL 32771-1121 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | KIDS HOUSE OF SEMINOLE, INC | (407) 324-3036 | 5467 COUNTY ROAD 427 | SANFORD,FL 32773-6332 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | RESILIENCE COUNSELING CENTER,INC | (407) 977-4335 | 1759 W BROADWAY ST STE 3 | OVIEDO,FL 32765-8128 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | RESOURCES FOR HUMAN DEVELOPMENT | (407) 688-9992 | 110 TIMBERLACHEN CIRCLE SUITE. 1008 | LAKE MARY,FL 32746-0000 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | SEMINOLE COMM. MTL. HLTH | (407) 831-2411 | 237 FERNWOOD BLVD | FERN PARK,FL 32730-0000 |
| APPLIED BEHAVIOR ANALYSIS | SEMINOLE | ADAMS ACRES INC | (904) 824-4391 | 1735 STATE ROAD 16 SUITE 1 | ST AUGUSTINE,FL 32084-0000 |
| APPLIED BEHAVIOR ANALYSIS | ST JOHNS | DAISY ADAMS CENTER, INC | (904) 826-0424 | 1735 STATE ROAD 16 SUITE 2 | ST. AUGUSTINE,FL 32084-0000 |
| APPLIED BEHAVIOR ANALYSIS | ST JOHNS | SMA BEHAVIORAL HEALTH SERVICES, INC | (904) 209-6200 | 1955 US HIGHWAY 1 S | ST AUGUSTINE,FL 32086-3708 |
| APPLIED BEHAVIOR ANALYSIS | ST JOHNS | ST. AUGUSTINE GROUP HOMES | (904) 824-4391 | 1735-1 ST RD 16 | ST. AUGUSTINE,FL 32084-0000 |

**FLORIDA MEDICAID**

# Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com . Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email AreaBMedicaidHelp@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | BROWARD | YVES JOSEPH | (954) 553-6439 | 6151 MIRAMAR PKWY STE 118 | MIRAMAR,FL 33023-3974 |
| APPLIED BEHAVIOR ANALYSIS | CALHOUN | LIFE MANAGEMENT CENTER | (850) 674-8790 | 16869 NE PEAR STREET | BLOUNTSTOWN,FL 32424-1737 |
| APPLIED BEHAVIOR ANALYSIS | CHARLOTTE | AMIKIDS, INC. | (941) 575-5790 | 45991 BERMONT RD | PUNTA GORDA,FL 33982-9653 |
| APPLIED BEHAVIOR ANALYSIS | CHARLOTTE | CHARLOTTE BEHAVIORAL HEALTH CARE, INC. | (941) 639-8300 | 1700 EDUCATION AVE | PUNTA GORDA,FL 33950-0000 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | BASCA, INC | (941) 541-1742 | 841 PLAINFIELD AVE | ORANGE PARK,FL 32073-0000 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | BEHAVIOR ASSOCIATES LLC | (904) 276-7078 | 517 BERKSHIRE CT | ORANGE PARK,FL 32073-5088 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | CLAY BEHAVIORAL HEALTH CENTER, INC | (904) 264-1338 | 3292 COUNTY ROAD 220 | MIDDLEBURG,FL 32068-0000 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | MARY A SMITH | (904) 272-5096 | P.C.A. PLUS INC. 1277 RUSHING DR | ORANGE PARK,FL 32065-8004 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | RAYMOND P NEAULT | (904) 278-8916 | BEHAVIORAL SOLUTIONS - NE FL 5472 JACKSON AVE | ORANGE PARK,FL 32065-7236 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | RAYMOND P NEAULT | (904) 564-8121 | BEHAVIORAL SOLUTIONS - NE FL 5472 JACKSON AVE | ORANGE PARK,FL 32065-7236 |
| APPLIED BEHAVIOR ANALYSIS | CLAY | THE MAY INSTITUTE, INC. | (781) 440-0400 | 1409 KINGSLEY AVENUE SUITE 1A | ORANGE PARK,FL 32073-0000 |
| APPLIED BEHAVIOR ANALYSIS | COLLIER | AMIKIDS BIG CYPRESS, INC. | (239) 695-1001 | 25959 TURNER RIVER RD | OCHOPEE,FL 34141-2031 |
| APPLIED BEHAVIOR ANALYSIS | COLLIER | DAVID LAWRENCE CENTER | (239) 354-1442 | 6075 BATHEY LANE | NAPLES,FL 34116-0000 |
| APPLIED BEHAVIOR ANALYSIS | COLLIER | DAVID LAWRENCE CENTER | (239) 354-1442 | 2806 SOUTH HORSESHOE DRIVE | NAPLES,FL 34104-6125 |
| APPLIED BEHAVIOR ANALYSIS | COLLIER | DAVID LAWRENCE CENTER | (239) 354-1442 | 425 NORTH FIRST STREET | IMMOKALEE,FL 34142-0000 |

As of October, 2012

**FLORIDA MEDICAID**

## Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid office is listed at www.MyMedicaid-Florida.com. Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email AreaMedicaidHelp@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | GULF | CHRISTINE HERMSDORFER | (850) 227-4392 | 1321 MCCLELLAND AVE | PORT ST LUCIE,FL 32456-0000 |
| APPLIED BEHAVIOR ANALYSIS | HAMILTON | MERIDIAN BEHAVIORAL HEALTHCARE, INC. | (386) 792-1338 | 406 10TH AVENUE NW | JASPER,FL 32052- |
| APPLIED BEHAVIOR ANALYSIS | HENDRY | HENDRY GLADES MENTAL HLTH CLINIC | (863) 983-1423 | 601 WEST ALVERDEZ AVE | CLEWISTON,FL 33440-0000 |
| APPLIED BEHAVIOR ANALYSIS | HENDRY | HENDRY-GLADES MENT CLIN | (863) 674-4050 | P.O. BOX 87 | LABELLE,FL 33935-0000 |
| APPLIED BEHAVIOR ANALYSIS | HERNANDO | BAYCARE BEHAVIORAL HEALTH, INC | (352) 540-9335 | 7074 GROVE ROAD | BROOKSVILLE,FL 34609-0000 |
| APPLIED BEHAVIOR ANALYSIS | HERNANDO | HOGAN'S BRIDGE LLC | (352) 597-4943 | HOGAN'S BRIDGE 12415 KILDER RD 120 WEST COLLEGE DRIVE | WEEKI WACHEE,FL 34614-2804 |
| APPLIED BEHAVIOR ANALYSIS | HIGHLANDS | RIDGE AREA A R C | (813) 425-1295 | | AVON PARK,FL 33825-0000 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | ADVANCED BEHAVIORAL SYSTEMS, LLC | (888) 809-3583 | 6543 GUNN HIGHWAY | TAMPA,FL 33625- |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | AGENCY FOR COMM. TREATMENT SVS, INC | (813) 246-4899 | 4612 NORTH 56TH. STREET | TAMPA,FL 33610-0000 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | BEHAVIORAL HEALTH MGT SERVICES, INC. | (813) 872-7582 | 4726 N HABANA AVE STE 204 & 101 | TAMPA,FL 33614-7144 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | BOARD OF COUNTY COMMISSIONERS | (813) 264-3807 | DEPARTMENT OF CHILDREN'S SVS 3110 CLAY MANGUM LN 3500 E FLETCHER AVE STE 209 | TAMPA,FL 33618-2501 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | BRENDA CRAWFORD-CLARK | (813) 936-1519 | | TAMPA,FL 33613-4712 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | CAROL JOSEPHS | (813) 685-6925 | RIDGELAND GROUP HOME, INC 2504 CULBREATH COVE CT 1515 MICHELIN COURT | VALRICO,FL 33596-6387 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | CHILDRENS HOME SOCIETY | (813) 949-8946 | | LUTZ,FL 33549-0000 |
| APPLIED BEHAVIOR ANALYSIS | HILLSBOROUGH | DRUG ABUSE COMPREHENSIVE COORDINATING OFFICE, INC. | (813) 231-1340 | 4422 E. COLUMBUS DRIVE | TAMPA,FL 33605-0000 |

Page 18

# FLORIDA MEDICAID

## Medicaid Applied Behavior Analysis Service Providers

This is a list of Behavior Analysts who provided Applied Behavior Analysis Services under the Florida Medicaid Program, since July 1, 2011. There may be other providers available in your area. If you need additional assistance finding a provider, please contact your local Area Medicaid office. The phone number for your local Area Medicaid Office is listed at www.MyMedicaid-Florida.com . Any Certified Behavior Analyst enrolled in Florida Medicaid as a qualified ABA provider type may email AreaMedicaidHelp@ahca.myflorida.com and request to be added to this list.

| SPECIALTY | COUNTY | PROVIDER NAME | PHONE | ADDRESS | CITY/STATE/FL |
|---|---|---|---|---|---|
| APPLIED BEHAVIOR ANALYSIS | COLLIER | FAMILY PRESERVATION SERVICES OF FLORIDA, INC. | (239) 332-8009 | 2675 HORSESHOE DR S STE 402 | NAPLES,FL 34104-6155 |
| APPLIED BEHAVIOR ANALYSIS | COLUMBIA | MERIDIAN BEHAVIORAL HEALTHCARE, INC. | (386) 487-0800 | 439 SW MICHIGAN STREET | LAKE CITY,FL 32025- |
| APPLIED BEHAVIOR ANALYSIS | COLUMBIA | NARAYANA K MURTHY | (386) 965-8671 | 1409 NW 6TH ST STE 120 | GAINESVILLE,FL 32601-2234 |
| APPLIED BEHAVIOR ANALYSIS | COLUMBIA | THE HENRY & RILLA WHITE FNDTN. | (386) 752-7813 | 1531 SW COMMERCIAL GLEN | LAKE CITY,FL 32025-0000 |
| APPLIED BEHAVIOR ANALYSIS | DADE | 1ST HOME HEALTH CARE INC | (305) 264-6710 | 7815 CORAL WAY STE 100 | MIAMI,FL 33155-6541 |
| APPLIED BEHAVIOR ANALYSIS | DADE | ABC'S FOR SUCCESS, LLC | (786) 536-9833 | 1550 S DIXIE HWY SUITE 214 | CORAL GABLES,FL 33146- |
| APPLIED BEHAVIOR ANALYSIS | DADE | ADVANCED MENTAL HEALTH CLINIC INC | (305) 480-7839 | 13780 SW 26TH ST STE 107 | MIAMI,FL 33175-6302 |
| APPLIED BEHAVIOR ANALYSIS | DADE | ADVANTAGE SERVICES GROUP, INC | (305) 519-4313 | 7501 SW 16 STREET | MIAMI,FL 33155-0000 |
| APPLIED BEHAVIOR ANALYSIS | DADE | ALPHA HEALTH CARE CLINIC, INC | (305) 945-9906 | 1990 NE 163RD ST STE 102 | NORTH MIAMI BEACH,FL 33162-4854 |
| APPLIED BEHAVIOR ANALYSIS | DADE | ANICETO HEALTH CARE INC | (305) 603-9433 | 9745 SW 72ND ST STE 152 | MIAMI,FL 33173-4600 |
| APPLIED BEHAVIOR ANALYSIS | DADE | APPLIED BEHAVIOR SOLUTIONS | (305) 822-7202 | 2100 W 76TH ST STE 405 | HIALEAH,FL 33016-5504 |
| APPLIED BEHAVIOR ANALYSIS | DADE | BAYVIEW CENTER FOR MENTAL HEALTH, INC | (305) 892-4600 | 633 NE 167TH STREET SUITE 801 | N. MIAMI BEACH,FL 33162- |
| APPLIED BEHAVIOR ANALYSIS | DADE | C.D.H COUNSELING SERVICES, INC | (305) 582-6930 | 16499 NE 19TH AVE STE 213A | NORTH MIAMI BEACH,FL 33162-4105 |
| APPLIED BEHAVIOR ANALYSIS | DADE | CADUCEUS MEDICAL CARE, INC | (305) 275-1800 | 10940 SW 104TH AVE EMPLOYMENT CONSULTANTS NET | MIAMI,FL 33176-3429 |
| APPLIED BEHAVIOR ANALYSIS | DADE | CENTER FOR FAMILY & CHILD ENRICHMNT | (305) 624-7450 | 1825 NW 167TH ST. SUITE 102 | MIAMI,FL 33056-0000 |



**robert prunty (MrModady@dcemail.com) - Sun, 12/02/12 18:58:53 -0800**

**Show Full Headers** | **Print** | **Close Printer View**

**From**: "robert prunty" <MrModady@dcemail.com>
**Reply-To**: <MrModady@dcemail.com>
**To**: "Brooks, Karen" <Karen.Brooks@ahca.myflorida.com>
**Cc**: <karen.pate@uwcm.org>
**Subject**: Re: ABA Services
**Date**: Sun 11/11/12 05:27 AM

Dear Ms. Brooks & Mr. Portman;

Of course, any parent with a disabled child will recoil at the thought of any waiting list. Therefore, Mediacaid is definitely misinformed when it comes to Apploied Behavior Analysis. Autism is completely unforgiving when time passes with no treatment. Furthermore, I can not believe that Florida Medicaid and its personel have no clue about the meaning of "Intensive ABA". Perhaps a Federal Court must spell it out. This is what you have communicated to me. Intensive ABA is mandatory for speech acquisition, as well as behavior modification. You are losing me. Waiver lists, and behaviorialists who shun the name Medicaid are prevalent in this dreaded crisis. Workers like yourselves at Medicaid speak so insensitively and condescendingly of waiting lists as if people are like cars or electronic devices. I truly believe only Court action at a Federal Level can achieve any modicum of relief for people burdened with the condition called Autism. Courts have already mandated the treatment is necessary, but they never said anything about
"waiting lists", which would defeat the purpose of any type of proposed ABA treatment. Waiting lists are disrespectful to the Court. Im appalled that Medicaid has taken this stance.

As I Am

R. Prunty, Jr.

--- Karen.Brooks@ahca.myflorida.com wrote:

From: "Brooks, Karen" <Karen.Brooks@ahca.myflorida.com>
To: "mrmodady@dcemail.com" <mrmodady@dcemail.com>
CC: "Portman, Michael" <Michael.Portman@ahca.myflorida.com>
Subject: ABA Services
Date: Fri, 9 Nov 2012 18:59:03 +0000

Mr. Prunty,

Michael Portman shared with me that you would not be obtaining Applied Behavior Analysis (ABA) services from Children's Hospital as they did not provide "intensive" ABA. It is my recommendation that you contact Peace by Piece Solutions who has already expressed a willingness to work with you and your family and schedule assessments for each of the children as soon as possible. It is my suggestion that when you call you specifically ask to speak with Tracey Demarest as she is familiar with your situation at (239) 245-8301.

Please note that Medicaid intends that children who have an Autism diagnosis *and meet the other eligibility requirements* receive their primary treatment through the Developmental Disability (DD) Waiver which is administered by the Agency for Persons with Disabilities (APD). As we discussed on our call a couple of weeks ago, there is a waiting list for the DD Waiver. *However, it is essential that if a child meets the DD Waiver*

DCPages.com Email - Washington DC

Copyright ©1998-2004 DCPages.com All Rights Reserved. Privacy Policy. Terms of Service. Privacy Policy.



**EXHIBIT E**

FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION
*Better Health Care for all Floridians*

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

October 10, 2012

Robert Prunty, Jr.
427 W Hickory Street
Arcadia, FL  34266

Re:    Judah Prunty
       Medicaid ID: 8896571685
       Request for Applied Behavior Analysis

Dear Robert Prunty, Jr.:

Your request for Applied Behavior Analysis (ABA) for Judah Prunty is approved. Once you choose an ABA provider, that provider will create a service plan. The service plan is based on your child's needs. The service plan will include what type of service Judah will receive, how much, and how often.  It should also tell you whether a Certified Behavior Analyst or Behavior Assistant will treat Judah. Medicaid pays for services based on the service plan.

To find a provider for Judah's services, please visit www.mymedicaid-florida.com. Click on **Area Office Map**. On the map, select the area where you live. Go down to **Area Office Information**. Click on the **Medicaid ABA Services Providers** link.  If you need any help, you may contact your local Medicaid area office at P.O. Box 60127, Ft. Myers, Florida 33906-0217 or by calling (239)335-1300.

Qualified providers can find additional information on billing and reimbursement rules at ahca.myflorida.com/chcup.

Sincerely,

*Devona V Pickle*

Devona V. Pickle
Medical Health Care Program Analyst
Medicaid Services

DP/cg
CC: Fawn Harrison, MD
     Medicaid area office 8



2727 Mahan Drive, MS#20
Tallahassee, Florida 32308

Visit AHCA online at
AHCA.MyFlorida.com



**AHCA**
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION
*Better Health Care for all Floridians*

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

September 26, 2012

*(handwritten) Family Preservation*

*(handwritten) Mirabella*

Robert Prunty, Jr.
427 W. Hickory Street
Arcadia, FL 34266

Re:   Robert Prunty, III
      Medicaid ID: 8896571561
      Request for Applied Behavior Analysis

Dear Robert Prunty, Jr.:

Your request for Applied Behavior Analysis (ABA) for Robert Prunty, III is approved. Once you choose an ABA provider, that provider will create a service plan. The service plan is based on your child's needs. The service plan will include what type of service Robert will receive, how much, and how often.  It should also tell you whether a Certified Behavior Analyst or Behavior Assistant will treat Robert. Medicaid pays for services based on the service plan.

To find a provider for Robert's services, please visit www.mymedicaid-florida.com. Click on **Area Office Map**. On the map, select the area where you live. Go down to **Area Office Information**. Click on the **Medicaid ABA Services Providers** link.  If you need any help, you may contact your local Medicaid area office at P.O. Box 60127, Ft. Myers, Florida 33906-0217 or by calling (239)335-1300.

Qualified providers can find additional information on billing and reimbursement rules at ahca.myflorida.com/chcup.

Sincerely,

*Devona V. Pickle*

Devona V. Pickle
Medical Health Care Program Analyst
Medicaid Services

DP/cg
CC: Fawn Harrison, MD
      Medicaid area office 8



2727 Mahan Drive, MS#20
Tallahassee, Florida 32308

Visit AHCA online at
AHCA.MyFlorida.com



**FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION**

*Better Health Care for all Floridians*

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

September 26, 2012

Robert Prunty, Jr.
427 W. Hickory Street
Arcadia, FL  34266

Re:   Moedeja Prunty
        Medicaid ID: 9513002284
        Request for Applied Behavior Analysis

Dear Robert Prunty, Jr.:

Your request for Applied Behavior Analysis (ABA) for Moedeja Prunty is approved. Once you choose an ABA provider, that provider will create a service plan. The service plan is based on your child's needs. The service plan will include what type of service Moedeja will receive, how much, and how often.  It should also tell you whether a Certified Behavior Analyst or Behavior Assistant will treat Moedeja. Medicaid pays for services based on the service plan.

To find a provider for Moedeja's services, please visit www.mymedicaid-florida.com. Click on **Area Office Map**. On the map, select the area where you live. Go down to **Area Office Information**. Click on the **Medicaid ABA Services Providers** link.  If you need any help, you may contact your local Medicaid area office at P.O. Box 60127, Ft. Myers, Florida 33906-0217 or by calling (239)335-1300.

Qualified providers can find additional information on billing and reimbursement rules at ahca.myflorida.com/chcup.

Sincerely,

Devona V. Pickle
Medical Health Care Program Analyst
Medicaid Services

DP/cg
CC: Fawn Harrison, MD
        Medicaid area office 8



2727 Mahan Drive, MS#20
Tallahassee, Florida 32308

Visit AHCA online at
AHCA.MyFlorida.com



**AHCA**
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION
*Better Health Care for all Floridians*

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

September 26, 2012

Robert Prunty
427 W. Hickory Street
Arcadia, FL  34266

*INGRID PAIGE*

*Supervisor*

Re:    Moses Prunty
       Medicaid ID: 8896571669
       Request for Applied Behavior Analysis

Dear Robert Prunty:

Your request for Applied Behavior Analysis (ABA) for Moses Prunty is approved. Once you choose an ABA provider, that provider will create a service plan. The service plan is based on your child's needs. The service plan will include what type of service Moses will receive, how much, and how often.  It should also tell you whether a Certified Behavior Analyst or Behavior Assistant will treat Moses. Medicaid pays for services based on the service plan.

To find a provider for Moses's services, please visit www.mymedicaid-florida.com. Click on **Area Office Map**. On the map, select the area where you live. Go down to **Area Office Information**. Click on the **Medicaid ABA Services Providers** link.  If you need any help, you may contact your local Medicaid area office at P.O. Box 60127, Ft. Myers, Florida 33906-0217 or by calling (239)335-1300.

Qualified providers can find additional information on billing and reimbursement rules at ahca.myflorida.com/chcup.

Sincerely,

Devona V. Pickle
Medical Health Care Program Analyst
Medicaid Services

DP/cg
CC: Fawn Harrison, MD
       Medicaid area office 8



2727 Mahan Drive, MS#20
Tallahassee, Florida 32308

Visit AHCA online at
AHCA.MyFlorida.com



**FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION**

*Better Health Care for all Floridians*

RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

September 28, 2012

Robert Prunty, Jr.
427 W. Hickory Street
Arcadia, FL  34266

Re:   Josiah Prunty
      Medicaid ID: 8896571545
      Request for Applied Behavior Analysis

Dear Robert Prunty, Jr.:

Your request for Applied Behavior Analysis (ABA) for Josiah Prunty is approved. Once you choose an ABA provider, that provider will create a service plan. The service plan is based on your child's needs. The service plan will include what type of service Josiah will receive, how much, and how often.  It should also tell you whether a Certified Behavior Analyst or Behavior Assistant will treat Josiah. Medicaid pays for services based on the service plan.

To find a provider for Josiah's services, please visit www.mymedicaid-florida.com. Click on **Area Office Map**. On the map, select the area where you live. Go down to **Area Office Information**. Click on the **Medicaid ABA Services Providers** link.  If you need any help, you may contact your local Medicaid area office at P.O. Box 60127, Ft. Myers, Florida 33906-0217 or by calling (239)335-1300.

Qualified providers can find additional information on billing and reimbursement rules at ahca.myflorida.com/chcup.

*341-639 - 9800*

*& Jessies'*

*Det*

Sincerely,

Devona V Pickle

Devona V. Pickle
Medical Health Care Program Analyst
Medicaid Services

DP/cg
CC: Fawn Harrison, MD
      Medicaid area office 8

2727 Mahan Drive, MS#20
Tallahassee, Florida 32308

Visit AHCA online at
AHCA.MyFlorida.com

EXHIBIT F

**Giacolone, Debra**

| | |
|---|---|
| **From:** | Tracey Demarest <tracey@pxpinc.net> |
| **Sent:** | Thursday, October 04, 2012 11:30 AM |
| **To:** | Giacolone, Debra |
| **Cc:** | Renee Terrasi-ICE; carolyn@pxpinc.net; tuesday@pxpinc.net |
| **Subject:** | Peace By Piece |
| **Attachments:** | PXP 2012-2013 School CalendarCORRECT.pdf |

Hi Debbie,

It was a pleasure speaking with you today.  I have spoken with Dr. Terrasi and she and our supervising BCBA are willing to travel to the family's home to do an assessment on all 5 children if that would help.  The only time they have available in the next week is this coming Monday, starting at 2pm.  Please provide the father with my cell number - 239–677-8536 and I can coordinate with him if you'd like.

I have attached our school calendar for you as well.

Again, it was so nice to talk with you today and I certainly hope we can work together to help these children!

Tracey


Tracey Demarest

Director of Development
**Peace By Piece**
**6714 Winkler Rd**
**Fort Myers, Fl 33919**
**Office:239.245.8301**
**Fax: 239.245.8731**
**Cell: 239.677.8536**

www.peacebypieceinc.com



LIKE" us on facebook
https://www.facebook.com/peacebypieceinc

Follow Peace By Piece on TWITTER - https://twitter.com/PXPFL

1