# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Form to Accompany Application for Attorney's Fees

Summary of work performed by (name): Miriam Harmatz

Total compensation requested for this person: $179,550.00

Hourly rate of compensation requested for this person: $500.00

This person is an:

☒ attorney   ☐ law student/graduate   ☐ certified paralegal   ☐ other: _____

| Category | Total Hours |
|---|---|
| Interviews and conferences | 21 |
| Obtaining and reviewing records | 0 |
| Legal research | 30.2 |
| Brief writing | 153.9 |
| Preparing for and attending oral argument | 71.2 |
| Other (specify on additional sheets if necessary): | Settlement: 37.4    Fees: 45.4 |
| Total hours claimed for this person | 359.1 |

*Instructions: on the applicable lines, enter the total time spent in each category. A separate form must be completed for each person for whom time is claimed. Attach contemporaneous time records reflecting all hours listed and indicating the dates on which the work was performed. An affidavit attesting to the truthfulness of the information contained in the application and demonstrating the basis for the hourly rate(s) requested must also accompany the application.*

Rev.: 1/03

Composite Exhibit A

**Miriam Harmatz:  KG Appeal Time Records**

| Date | Description | Time Charged | Time Not Charged |
|------|-------------|--------------|------------------|
| 8/13/2013 | Telephone call with Jane Perkins (JP) regarding ("re") co-counseling | 0.40 | |
| 8/16/2012 | Telephone call with JP re restoration under Medicaid | 0.20 | |
| 8/17/2013 | Meeing with co-counsel re issues on appeal | 1.00 | |
| 8/22/2013 | Telephone call with JP re settlement call from AHCA | | 0.30 |
| 8/31/2012 | Draft mediator statement | 1.50 | |
| 9/3/2012 | Draft mediator statement | 2.00 | |
| 9/4/2012 | Draft mediator statement | 1.00 | 0.80 |
| 9/6/2012 | Preparation for telephone call with pro bono counsel for amici | 1.20 | |
| | Telephone call with Jane Perkins (JP) re appeal | 0.40 | |
| 9/13/2012 | Telephone call with JP re  next steps | 0.30 | |
| | Mediation preparation | 0.70 | |
| | Mediation preparation | 1.00 | 1.00 |
| | Telephone call with JP re settlement call with AHCA | | 0.20 |
| | Mediation | 1.50 | |
| 9/18/2012 | Draft proposed settlement | 1.80 | |
| 9/19/2012 | Work on proposed settlement and conference with co-counsel | 2.40 | 0.60 |
| 9/24/2012 | Telephone call with JP re ABA for older children; response brief | | 0.80 |
| 9/27/2012 | Preparation for  telephone call with amicus and co-counsel re settlement | 1.20 | |
| | Telephone call with amicus and co-counsel re settlement proposal | 0.80 | |
| 9/28/2012 | Work on revision to settlement proposal | 0.80 | 0.50 |
| | Telephone call with JP re clients | 0.20 | |

**Miriam Harmatz:  KG Appeal Time Records**

| | | | |
|---|---|---|---|
| 10/1/2012 | Emails and to co-counsel re our proposed settlement | 0.50 | |
| 10/2/2012 | Review Williams request for confidentiality agreement Declaration and draft response and discuss with JP | 0.40 | |
| 10/4/2012 | Review waiver cases NHeLP provided | 1.50 | |
| 10/23/2012 | Review AHCA's settlement proposal | 0.80 | |
| 10/24/2012 | Draft response to AHCA's proposal | 2.50 | |
| | Review cases on overbroad | 2.80 | |
| 10/25/2012 | Conference Betsy Havens (BH) and Monica Vigues-Pitan (MVP) re response to AHCA's settlement proposal | 0.80 | |
| | Review cases on overbroad issue | 2.00 | |
| | Work on response to AHCA | 3.50 | |
| 10/26/2012 | Preparation for telephone call with JP re settlement | 0.20 | |
| | Telephone call with JP re settlement and appeal issues | 0.50 | |
| | Redraft settlement proposal with JP's suggestions | 0.20 | |
| 10/30/2012 | Preparation for telephone call with co-counsel, amicus re settlement | 0.20 | |
| | Telephone call with co-counsel amicus re settelement drafts | 1.30 | |
| 11/1/2012 | Work on new settlement drafts | 1.30 | |
| | Discuss AHCA's proposed experimental rule as it applies to ABA and settlement drafts with BH | 0.50 | |
| 11/2/2012 | Continue working on new settlement drafts and send to co-counsel | 2.00 | |
| 11/5/2012 | Review G. Wallace (GW) comments re settlement and discuss with BH and redraft settlement to respond | 2.50 | 0.50 |
| 11/7/2012 | Redraft settlement and send with memo to co-counsel and amicus | 1.80 | 0.70 |
| | Telephone call with JP re settlement | 0.30 | |

**Miriam Harmatz:  KG Appeal Time Records**

| 11/17/2012 | Review AHCA'S brief | 1.20 | |
|---|---|---|---|
| 11/18/2012 | Outline AHCA'S brief | 2.50 | |
| 11/19/2012 | Review cases in AHCA's brief | 3.80 | 2.00 |
| | Telephone call with MVP re AHCA's brief | 0.50 | 0.50 |
| 11/20/2012 | Outline AHCA's brief and points for response | 2.40 | 0.60 |
| | Preparation for telephone call with co-counsel | 0.50 | |
| | Telephone call with co-counsel, JP, BH, MVP re our brief | 1.00 | |
| 11/21/2012 | Continue review AHCA'S case | 1.00 | 1.00 |
| | Draft brief course of proceedings section | 1.20 | |
| | Review AHCA'S statement of facts and outline statement of facts | 1.50 | |
| | Review cases on waiver, judicial estoppel | 3.20 | 0.80 |
| 11/23/2012 | Review cases on injunctions-breadth  discretion | 6.00 | 1.50 |
| 11/24/2012 | Continue review on cases of waiver | 3.50 | 0.50 |
| | Draft summary of argument | 1.50 | |
| 11/26/2012 | Work on summary of argument | 1.20 | |
| | Work on overbroad draft re individual Medicaid necessity | | 3.80 |
| | Work on waiver draft | 1.50 | |
| | Preparation to telephone call with appellate expert Amy R | | 0.80 |
| | Outline ladder points of Medicaid section for JP | | 0.50 |
| 11/27/2012 | Edits to overbroad Section (Sec) 1-Medicaid necessity | | 0.60 |
| | Work on overbroad Sec 1-Medicaid necessity | | 1.00 |
| | Work on overbroad Sec 2 waiver | 5.50 | 0.50 |
| 11/28/2012 | Work on summary of argument | 0.40 | 0.30 |

**Miriam Harmatz:  KG Appeal Time Records**

|  | Work on overbroad Sec 1- Medicaid necessity |  | 0.50 |
|---|---|---|---|
|  | Work on summary of argument | 1.20 | 0.50 |
|  | Work on overbroad Sec 2-waiver/invited error | 3.00 | 1.00 |
| 11/29/2012 | Work on overbroad-Medicaid necessity section |  | 0.40 |
|  | Work on overbroad-injunction nonparties | 2.30 | 0.80 |
|  | Work on overbroad Medicaid necessity section |  | 0.50 |
|  | Work on Medicaid section review JP and conference with BH re additions |  | 0.30 |
| 11/30/2012 | Work on Medicaid section | 0.20 |  |
|  | Work on overbroad waiver section | 0.30 |  |
|  | Work on Medicaid section | 2.20 | 0.80 |
|  | Work on injunction nonparties | 2.00 | 0.50 |
|  | Preparation call with amicus | 0.50 |  |
|  | Call with amicus and JP | 1.00 |  |
| 12/5/2012 | Work on Medicaid necessity section |  | 1.50 |
|  | Work on waiver section | 1.00 |  |
|  | Discuss waiver section BH |  | 0.40 |
|  | Work on injunction overbroad section | 0.50 |  |
|  | Discuss injunction overbroad section with BH |  | 0.30 |
|  | Work on Medicaid necessity section |  | 1.80 |
|  | Work on Medicaid section | 1.00 | 0.20 |
|  | Work on course of proceedings | 0.80 |  |
| 12/6/2012 | Work on Medicaid necessity section |  | 0.70 |
|  | Work on Medicaid necessity section |  | 0.80 |
|  | Work on section re class | 1.50 | 0.50 |

**Miriam Harmatz:  KG Appeal Time Records**

| | | | |
|---|---|---|---|
| | Work on section re Medicaid necessity | | 1.50 |
| | Work on section re injunction overbroad nonparties | 1.80 | |
| | Work on course of proceeding order with BH | 0.50 | 0.20 |
| 12/7/2012 | Work on statement of case | 2.00 | 0.50 |
| | Reread AHCA'S cases and injunction overbroad re nonparties | 3.20 | 0.40 |
| 12/8/2012 | Work on Sec II relief no  broader than necessary | 2.50 | 0.50 |
| 12/9/2012 | Work on Sec II relief no broader than necessary | 2.80 | 0.40 |
| | Work on Medicaid facts | 0.30 | 0.20 |
| 12/10/2012 | Work on relief narrow as necessary | 7.00 | |
| 12/11/2012 | Work on narrow relief | 3.00 | |
| | Work on course of proceedings | 0.80 | 0.20 |
| | Review *Zepeda*  and *Bresgal* | 1.50 | 0.50 |
| 12/12/2012 | Work on Medicaid section | 0.40 | |
| | Work on narrow relief | 0.50 | |
| | Work on narrow relief | 0.80 | 0.20 |
| | Work on Medicaid section | 0.30 | 0.20 |
| | Review and work on whole brief | 2.50 | 1.50 |
| | Read AHCA cases on Declaratory Judgement (DJ) | 1.00 | 0.50 |
| 12/13/2012 | Preparation for telephone call co-counsel | 0.70 | 0.30 |
| | Telephone call co-counsel re brief issues | 1.00 | |
| 12/14/2012 | Research/review non-mutual  collateral estoppel | 1.00 | |
| | Review cases re DJ | 1.20 | 0.50 |
| | Work on DJ section a | 1.50 | 0.50 |
| | Work on DJ section b | 2.80 | 0.70 |

**Miriam Harmatz:  KG Appeal Time Records**

| | | | |
|---|---|---|---|
| 12/15/2012 | Work on DJ section b | 1.00 | |
| | Work on DJ section a | 0.30 | 0.20 |
| | Work on whole brief | 2.50 | 0.50 |
| 12/16/2012 | Work on DJ response | 4.50 | 2.00 |
| 12/17/2012 | Work on all of brief | 7.00 | 1.50 |
| 12/18/2012 | Work on brief | 1.00 | |
| 12/19/2012 | Review JP edits and insert edits | 3.20 | |
| 12/20/2012 | Preparation for and telephone call JP | 1.00 | 1.00 |
| | Continue work on brief | 4.00 | 3.00 |
| 12/21/2012 | Continue work on brief | 3.20 | 0.80 |
| | Conference with MVP re brief | | 1.50 |
| 12/22/2012 | Work on brief | 5.50 | 1.00 |
| 12/23/2012 | Conference with MVP re brief | | 0.50 |
| 12/24/2012 | Telephone call with JP re edits | | 0.90 |
| | Work on brief | 3.50 | 1.50 |
| 12/25/2012 | Work on brief | 4.00 | 1.00 |
| 12/26/2012 | Work on brief | 8.00 | 2.00 |
| 12/27/2012 | Work on brief | 8.00 | 4.00 |
| 12/28/2012 | Final edits and preparation for filing and file | 6.50 | 5.00 |
| 1/2/2013 | Telephone call with JP re amicus brief | 0.60 | |
| 1/17/2013 | Review reply brief | 0.80 | |
| 1/18/2013 | Discuss reply brief with co-counsel BH and amicus | 0.40 | 0.40 |
| 1/22/2013 | Outline Motion for Supplemental Briefing / Motion to Strike (Motion) | 0.70 | 0.50 |
| | Research motion | 3.50 | 1.50 |

**Miriam Harmatz:  KG Appeal Time Records**

| | | | |
|---|---|---|---|
| 1/23/2013 | Draft motion | 4.00 | |
| | Telephone call with JP re motion | 0.50 | |
| 1/24/2013 | Work on motion for Motion | 3.20 | 0.80 |
| 1/25/2013 | Telephone call JP re reply brief | 0.20 | |
| 1/25/2013 | Work on motion for Motion | 3.50 | 0.50 |
| 1/27/2013 | Incorporate JP's edits | | 0.30 |
| 2/11/2013 | Review AHCA'S response brief | 0.50 | |
| | Telephone call JP re Motion | 0.50 | |
| | Outline reply in support of motion | 0.40 | |
| | Work on reply brief | 3.20 | 1.80 |
| 2/12/2013 | Work on reply brief | 3.50 | 0.50 |
| | Confer with BH re reply brief | | 0.30 |
| 2/13/2013 | Work on reply brief | 3.80 | |
| | Confer with MVP reply brief | | 0.20 |
| 2/14/2013 | Insert brief and JP edits | | 0.30 |
| 6/18/2013 | Final review and filing | | 0.50 |
| 6/21/2013 | Preparation for telephone call co-counsel | 1.00 | |
| | Telephone call co-counsel, MVP, JP, re  oral argument questions | 1.30 | |
| 8/12/2013 | Outline & answer key questions for appeal | 5.20 | 0.70 |
| 8/13/2013 | Call with JP and Monica Vigues-Pitan re Oral Argument | 2.30 | |
| | Work on narrative | 3.80 | 2.00 |
| 8/14/2013 | Preparation for moot court | 5.00 | 1.00 |
| 8/15/2013 | Draft Q&A for Justice Hatchett | 2.50 | 0.50 |
| 8/16/2013 | Work on  Q&A for Justice Hatchett | 1.20 | 0.80 |

**Miriam Harmatz:  KG Appeal Time Records**

| 8/20/2013 | Preparation for meeting with  J. Hatchett with MVP | 2.00 | |
| | Meeting with  Justice Hatchett with MVP | 2.50 | |
| | Travel to/from Tallahassee for meeting with MVP | | 5.00 |
| 8/28/2013 | Draft opening narrative and preparation for moot | 2.80 | 1.00 |
| | Moot court with MVP and JP | 2.00 | 1.00 |
| 8/29/2013 | Review non-class cases | 0.80 | |
| | Redraft narrative including  comments from moot court | 1.50 | 0.50 |
| | Read trial transcript Bailey | 1.00 | |
| | Reread AHCA'S Cases in reply | 1.50 | 0.50 |
| 9/1/2013 | Draft response re whether court exceeded discretion finding ABA not experimental | 1.8 | 0.3 |
| 9/2/2013 | Work on outline and narrative | 2.00 | 1.5 |
| | Review cases re class not necessary | 0.80 | 0.2 |
| 9/5/2013 | Read Transcripts | 4.50 | |
| 9/6/2013 | Preparation for moot court | 3.00 | |
| | Moot  court  MVP, BH & Margaret Kosyk (MK) | 0.70 | |
| 9/7/2013 | Work on bullets of possible questions | 4.00 | |
| 9/8/2013 | Moot with BH & MVP | 4.00 | |
| 9/9/2013 | Review all briefs & orders | 8.00 | |
| 9/10/2013 | Preparation for  moot | 0.50 | |
| | Moot with GW & MVP | 1.00 | 0.50 |
| 9/10/2013 | Redraft narrative  bullet responses | 4.00 | |
| | Research Rule 62(c ) | 0.80 | 0.50 |
| 9/11/2013 | Telephone call JP & BH re strategy | 0.70 | |
| 9/12/2013 | Reread Moore | 0.80 | 0.20 |

**Miriam Harmatz:  KG Appeal Time Records**

|          | Draft narrative questions and answers | 1.50 | 0.50 |
|----------|---------------------------------------|------|------|
|          | Preparation for  moot | 0.80 | |
|          | Moot court BH, JP, MVP | 2.20 | |
| 9/13/2013 | Preparation for oral Argument | 3.00 | |
|          | Oral Agurment | 0.50 | |
| 9/30/2013 | Meeting with MK to discuss memo re fees to co-counsel | 1.00 | |
|          | Edit memo  to co-counsel | 0.50 | |
|          | Review appellate rules and cases re 11th fees | 1.20 | 0.80 |
| 10/3/2013 | Review fee memo | 1.00 | |
|          | Review time records | 0.40 | 0.40 |
|          | Meet with MK re fee memo | 0.80 | |
|          | Edit work on memo | 1.00 | |
|          | Review with MK | 1.50 | |
|          | Work on memo | 1.30 | |
| 10/4/2013 | Meeting with Mikes McGrane (MM) (fee counsel) and co-counsel | 1.00 | |
|          | Work on memo | 1.20 | |
| 10/7/2013 | Work on affidavit | 0.70 | |
| 10/8/2013 | Meeting with MK re draft | 0.20 | |
| 10/11/2013 | Work on affidavit | 1.50 | |
|          | Review time records | 0.40 | 0.20 |
|          | Review affidavit of BH | 0.30 | |
| 10/14/2013 | Work on memo | 1.40 | |
|          | Work on affidavit | 0.30 | |
|          | Work on memo | 1.20 | |

**Miriam Harmatz:  KG Appeal Time Records**

| | | | |
|---|---|---|---|
| | Work on memo with MK | 1.00 | |
| 10/15/2013 | Work on memo | 1.00 | 0.20 |
| | Work on memo with MK | 0.50 | |
| | Work on memo | 1.50 | |
| | Work on memo | 0.80 | |
| 10/16/2013 | Work on memo | 2.00 | |
| | Review new edits with MK | 0.50 | |
| 10/17/3013 | Work on memo | 0.70 | |
| | Work on memo | 1.50 | |
| | Work on memo with MK | 0.30 | |
| 10/18/2013 | Work on memo with MK | 0.70 | |
| | Work on affidavit with MK | 0.30 | |
| | Work on memo with MK | 0.80 | |
| | Work on memo with MK | 0.20 | |
| | Work on affidavit with MK | 1.80 | |
| | work on memo | 0.50 | |
| 10/19/2013 | Work on memo | 0.80 | |
| | Work on affidavit | 2.30 | |
| 10/20/2013 | Work on memo | 0.50 | |
| 10/21/2013 | Work on memo | 1.00 | 0.50 |
| | Discuss memo with MK | 0.50 | |
| | Discuss affidavit with MK | 0.50 | |
| | Work on affidavit | 4.50 | 1.00 |
| 10/22/2013 | Work on memo with MK | 0.50 | 0.70 |
| | Discuss memo with MVP | 0.50 | 0.30 |
| | Work on affidavit | 4.50 | 1.00 |
| ***TOTAL*** | | ***359.10*** | ***92.40*** |
| | | | |
| | | | |
| | | | |

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
### Form to Accompany Application for Attorney's Fees

Summary of work performed by (name): Jane Perkins _____

Total compensation requested for this person: $45,360.00 _____

Hourly rate of compensation requested for this person: $525.00 _____

This person is an:

☒ attorney    ☐ law student/graduate    ☐ certified paralegal    ☐ other:_____

| Category | Total Hours |
|---|---|
| Interviews and conferences | 19.4 |
| Obtaining and reviewing records | 0 |
| Legal research | 16.8 |
| Brief writing | 27 |
| Preparing for and attending oral argument | 13.1 |
| Other (specify on additional sheets if necessary): | Settlement:  8.4    Fees:  1.7 |
| Total hours claimed for this person | 86.4 |

*Instructions: on the applicable lines, enter the total time spent in each category. A separate form must be completed for each person for whom time is claimed. Attach contemporaneous time records reflecting all hours listed and indicating the dates on which the work was performed. An affidavit attesting to the truthfulness of the information contained in the application and demonstrating the basis for the hourly rate(s) requested must also accompany the application.*

Rev.: 1/03

**NHELP-Perkins**
**101 E Weave St Ste G-7**
**Carrboro, NC 27510**

# K.G. v. Dudek

CONFIDENTIAL WORK PRODUCT

This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| Date | Type | Activity | Task Time |
|------|------|----------|-----------|
| 8/13/2012 | | Call with Miriam Harmatz re: KG co-counseling | 0.4 |
| 8/13/2012 | | Read Lower court decisions | 0.9 |
| 8/13/2012 | | Dsicuss case acceptance with litigation work group | 0.3 |
| 8/15/2012 | | Email with MH regarding ("re") certification under 26.1 | 0.2 |
| 8/15/2012 | | Discuss amicus with MN (0.1); prepare amicus request for pro bono network (0.3) | 0.4 |
| 8/16/2012 | | Call with MH re: legal issues, esp. "restoration" under Medicaid rehab | 0.2 |
| 8/17/2012 | | Review issues on appeal | 0.2 |
| 8/17/2012 | | Legal research: overbroad injunctions (0.4); email to MH re: same (0.2) | 0.6 |
| 8/17/2012 | | Meeting with co-counsel to address issues on appeal | 1 |
| 8/20/2012 | | Research:  ABA coverage veterans (0.2); email to MH re: same (0.1 NB) | 0.2 |
| 8/20/2012 | | Research: systemwide relief (0.3); email to MH attaching research (0.1 NB) | 0.3 |
| 8/22/2012 | | Call with MH & SS re: settlement call from AHCA | 0.3 |
| 8/22/2012 | | Read Stay reply from AHCA | 0.4 |
| 9/5/2012 | | Review and edit mediation statement | 0.7 |
| 9/6/2012 | | Call with MH re: civil cover sheet and issues on appeal | 0.4 |
| 9/6/2012 | | emaill to AC @ NHeLP re: research questions judicial notice and equitable relief | 0.4 |
| 9/12/2012 | | Prepare admission papers | 0.5 |
| 9/13/2012 | | review file for mediation | 0.5 |
| 9/13/2012 | | mediation session | 1.5 |
| 9/13/2012 | | Call with MH re: next steps for mediation | 0.3 |
| 9/13/2012 | | Review declaratory judgment (0.5); email to MH re: same (0.1) | 0.6 |
| 9/13/2012 | | Call with MH & SS re: settlement call with AHCA | 0.2 |
| 9/24/2012 | | Call with MH re: ABA for older children; amicus brief; response brief | 0.8 |
| 9/25/2012 | | Review GAPMS PRA (0.8); email to co-counsel re: same (0.2) | 1 |
| 9/25/2012 | | review  AC's research re: breadth of injunctive relief; review cases | 0.8 |
| 9/26/2012 | | Research extent of injunction (0.4); email to MH re: same (0.1) | 0.5 |
| 7/27/2012 | | Meet with co-counsel re: settlement counter proposal | 0.8 |

NHELP-Perkins
101 E Weave St Ste G-7
Carrboro, NC 27510

# K.G. v. Dudek

CONFIDENTIAL WORK PRODUCT
This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| 9/28/2012 | | Call with MH re: client updates | 0.2 |
|---|---|---|---|
| 10/1/2012 | | Review addition research from AC re: prelliminary injunction and statewide relief | 0.4 |
| 10/2/2012 | | Review final proposals re: DJ and IR and discuss withMH | 0.4 |
| 10/5/2012 | | Read AHCA Mot to Strike Decl. | 0.1 |
| 10/10/2012 | | Review (0.2) Plfs response opposing motion to strike & email to MH re: same (NB) | 0.2 |
| 10/26/2012 | | Review settlement responses (0.4); discuss with MH (0.5) | 0.9 |
| 10/30/2012 | | Meet with Co-counsel and confid. Partners to discuss brief and record and settlement | 1.3 |
| 11/7/2012 | | Call with MH re: ABA therapy under 21 and age classifications | 0.3 |
| 11/20/2012 | | Read Opening Brief | 0.7 |
| 11/20/2012 | | Discuss response and work division withco-counsel | 1 |
| 11/28/2012 | | Research Medicaid background section | 1.5 |
| 11/29/2012 | | draft Medicaid background section of response brief | 2.7 |
| 1130/2012 | | Meet with co-counsel re: outline of brief and amicus | 1 |
| 11/30/2012 | | Read Rush v. Parham | 0.3 |
| 12/2/2012 | | legal resarch: injunctions and declaratory relief | 1.2 |
| 12/17/2012 | | Read selected cases from Opening Br | 1.2 |
| 12/18/2012 | | Edit Reponse Br. | 7.3 |
| 12/19/2012 | | Edit Response Br. | 8.2 |
| 12/20/2012 | | Discuss response Br. withMH | 2 |
| 12/24/2012 | | Edit Resonse Brief | 3.3 |
| 12/24/2012 | | Legal research: EPSDT cases ordering injunctions | 0.5 |
| 12/24/2012 | | Call with MH re: edits to response brief | 0.9 |
| 12/28/2012 | | Email exchange withMH re: citations; § 1983 reference; oral arg. request in brief | 0.2 |
| 1/2/2012 | | Call with MH re: amicus brief (0.5); opposition to amicus brief (0.1) | 0.6 |
| 1/11/2013 | | Read amicus brief and motion to file amicus | 0.7 |
| 1/16/2013 | | Read opposition to amicus brief | 0.2 |
| 1/22/2013 | | Read reply and cases cited | 1.2 |
| 1/23/2013 | | Call with MH re: sur-reply | 0.5 |
| 1/23/2013 | | research sur-reply and send materials to MH | 0.2 |
| 1/23/2013 | | Read email exchanges among co-counsel re: sur-reply | 0.1 |
| 1/23/2013 | | Review and comment on initial draft of sur-reply | 0.3 |

NHELP-Perkins
101 E Weave St Ste G-7
Carrboro, NC 27510

# K.G. v. Dudek

CONFIDENTIAL WORK PRODUCT
This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| Date | | Description | Time |
|---|---|---|---|
| 1/24/2013 | | Review amicus | 0.3 |
| 1/24/2013 | | Review motion to strike (previously labelled sur-reply) | 0.3 |
| 1/25/2013 | | Call with MH re: Reply Brief | 0.2 |
| 1/27/2013 | | Edit Brief regarding new arguments | 0.7 |
| 2/1/2013 | | Review order on amicus and scan amicus brief | 0.1 |
| 2/10/2013 | | Read AHCA resp. to motion to strike | 0.3 |
| 2/11/2013 | | Call with MH re: motion to strike | 0.5 |
| 2/14/2013 | | Review and edit reply in support of motion to strike | 0.5 |
| 3/22/2013 | | read order on strike | 0.1 |
| 3/29/2013 | | Read district court  order on motion to stay | 0.5 |
| 6/18/2013 | | Review briefs and opinions for discussion with MH | 0.8 |
| 6/18/2013 | | Call with MH re: oral argument | 1 |
| 6/21/2013 | | Prepare for conversation with FLS and Wallance re: oral argument | 0.3 |
| 6/21/2013 | | Call with MH and co-counsel re: questions in oral argument | 1.3 |
| 6/24/2013 | | Email exchange with MH re: oral argument | 0.2 |
| 7/1/2013 | | Review FL information re: coverage of ABA in HCBW | 0.2 |
| 7/2/2013 | | Call withs with prospective partcipants in a moot court for oral argument | 0.5 |
| 7/10/2013 | | Call with co-counsel re: question and answers for oral argument | 1.5 |
| 8/12/2013 | | Read email excchange withGW re: extent of relief | 0.2 |
| 8/13/2013 | | Review questions/brief; prepare for discussion withMH and moot | 2.1 |
| 8/13/2013 | | Call with MH re: questions at oral argument | 2.3 |
| 8/14/2013 | | Moot court | 1.5 |
| 8/17/2013 | | Review aug 16 draft of Q&A for refinements | 0.3 |
| 8/23/2013 | | Legal research:  injunctive relief cases, non-class (0.4); email to MH re: same | 0.4 |
| 8/26/2013 | | Legal research: injunctive relief cases, non-class (0.9); email to MH re: same (0.1) | 1 |
| 8/28/2013 | | Review panel decisions | 0.4 |
| 8/28/2013 | | Moot court | 2.5 |
| 8/28/2013 | | Call with law student re: scope of injunction research (0.2); review research (0.2) | 0.4 |
| 8/28/2013 | | Message to MH re: cases on injunctive relief | 0.1 |
| 8/29/2013 | | Email exchange withMH re: acceptable modifications of PI | 0.2 |
| 9/3/2013 | | Legal research: injunctive relief cases (0.3); email to MH re:same (0.1) | 0.3 |

**NHELP-Perkins**
**101 E Weave St Ste G-7**
**Carrboro, NC 27510**

# K.G. v. Dudek

CONFIDENTIAL WORK PRODUCT
This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| | | | |
|---|---|---|---|
| 9/4/2013 | | Review and edit oral argument outline | 0.5 |
| 9/9/2013 | | Argument prep: ABA moot court of ABA coverage under EPSDT | 1.8 |
| 9/10/2013 | | Research applying relief in subsequent cases (0.3); email to MH re: same (0.1) | 0.4 |
| 9/11/2013 | | Research applying declaratory relief | 0.2 |
| 9/11/2013 | | Call with MH/BH re: oral argument questions | 0.7 |
| 9/12/2013 | | Review pleadings for oral argument | 1.1 |
| 9/12/2013 | | Prepare for oral argument | 2.2 |
| 9/13/2013 | | Oral argument | 2.5 |
| 10/2/2013 | | Review fees and send to MH | 0.6 |
| 10/15/2013 | | Research circuit attorneys' fees | 0.3 |
| 10/21/2013 | | Prepare attorneys' fee declaration and exhibits | 1.1 |
| | | | |
| | | | |
| **TOTAL TIME** | | | 86.40 |

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Form to Accompany Application for Attorney's Fees

Summary of work performed by (name): Monica Vigues-Pitan

Total compensation requested for this person: $24,300.00

Hourly rate of compensation requested for this person: $360.00

This person is an:

☒ attorney    ☐ law student/graduate    ☐ certified paralegal    ☐ other:_____

| Category | Total Hours |
|---|---|
| Interviews and conferences | 9.8 |
| Obtaining and reviewing records | 0 |
| Legal research | 16.8 |
| Brief writing | 27.7 |
| Preparing for and attending oral argument | 5.5 |
| Other (specify on additional sheets if necessary): | 7.7 |
| Total hours claimed for this person | 67.5 |

*Instructions: on the applicable lines, enter the total time spent in each category. A separate form must be completed for each person for whom time is claimed. Attach contemporaneous time records reflecting all hours listed and indicating the dates on which the work was performed. An affidavit attesting to the truthfulness of the information contained in the application and demonstrating the basis for the hourly rate(s) requested must also accompany the application.*

Rev.: 1/03

**Monica Vigues-Pitan: KG Appeal Time Records**

| Date | Description | Time | NB Time |
|---|---|---|---|
| 7/13/2012 | letter to plaintiffs re notice of appeal | 0.2 | |
| 8/6/2012 | rev of federal rules of appellate procedure | | 2 |
| 8/10/2012 | mtg w/ mh re appeal time table | 0.5 | 0.5 |
| 8/17/2012 | litigation call issues on appeal | 1 | |
| 8/29/2012 | drafting and filing Certificate of Interested Persons | 0.5 | |
| 9/12/2012 | call with plaintiffs re mediation | 0.5 | 0.1 |
| 9/13/2012 | mediation | 1.5 | |
| 9/14/2012 | ltr to plaintiffs updating on mediation | 0.4 | |
| 9/20/2012 | file review | | 0.5 |
| 9/27/2012 | conf call with co-counsel re settlement | 1 | |
| 10/25/2012 | conference with BH and MH re settlement | 0.8 | |
| 10/30/2012 | crawford phone call | 0.3 | |
| 11/9/2012 | meeting with plaintiffs to discuss potential settlement terms | 1.5 | |
| 11/17/2012 | read appellant brief | 1.2 | |
| 11/18/2012 | reviewed case law from apellant initial brief | 4 | 1.2 |
| 11/20/2012 | drafting and filing motion for extension of time to file answer brief | 1 | |
| 11/20/2012 | tc with co-counsel re brief | 1 | 0.5 |
| 12/8/2012 | legal research overbreadth | 1.8 | 0.5 |
| | legal research medical necessity | 1.8 | 0.5 |
| 12/9/2012 | legal research overbreadth | 2 | 0.5 |
| | legal research medical necessity | 2 | 0.5 |
| 12/13/2012 | mtg with co-counsel re draft brief | 1 | |
| 12/13/2012 | rev of draft brief | 1 | |
| 12/20/2012 | legal research for answer brief | 4 | |
| 12/21/2012 | conference with BH and MH re brief | | 1.5 |
| 12/22/2012 | working on answer brief | 3 | 4 |
| 12/23/2012 | working on answer brief | 2.5 | 1 |
| | conference with MH re brief | 0.5 | |
| 12/26/2012 | working on answer brief | 7 | 1 |
| 12/27/2012 | working on answer brief | 6 | 2 |
| 12/28/2012 | working on answer brief | 6 | 4.5 |
| 1/7/2013 | letter to plaintiffs re case update | 0.4 | 5 |

**Monica Vigues-Pitan: KG Appeal Time Records**

| Date | Description | Time | NB Time |
|---|---|---|---|
| 1/28/2013 | editing motion, filing and call to clerk's office | 0.7 | |
| 2/13/2013 | conference with MH re reply brief | | 0.2 |
| 4/3/2013 | status ltrs to plaintiffs | 0.4 | |
| 6/3/2013 | status letter to plaintiffs | 0.4 | |
| 6/21/2013 | call with co-counsel to discuss oral argument strategy | 1.3 | |
| 7/9/2013 | moot court | | 1 |
| 7/15/2013 | rereading briefs | 0.5 | 1 |
| 8/13/2013 | conf call with MH and JP | 1.5 | |
| 8/20/2012 | preparation for meeting with Justice Hatchett and MH | | 2 |
| | meeting with Justice Hatchett and MH | 2.5 | |
| 8/20/2012 | travel to and from Tallahassee for meeting with Justice Hatchett | | 5 |
| 8/28/2012 | moot court | 1 | |
| 9/4/2012 | filing notice of district court decision | 0.3 | |
| 9/5/2013 | mtg with Garrido re oral argument | 0.5 | |
| 9/8/2012 | moot court with MH and BH | 1 | 3 |
| 9/10/2012 | moot court with GW and MH | 1 | 0.5 |
| 9/12/2012 | moot court with MH, BH, and JP | 2 | |
| 9/13/2012 | oral argument | | 2.5 |
| | | | |
| Total Hours | | 67.5 | 41 |

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Form to Accompany Application for Attorney's Fees

Summary of work performed by (name): Betsy Havens _____

Total compensation requested for this person: $14,520.00 _____

Hourly rate of compensation requested for this person: $275.00 _____

This person is an:

☒ attorney   ☐ law student/graduate   ☐ certified paralegal   ☐ other:_____

| Category | Total Hours |
|---|---|
| Interviews and conferences | 3.1 |
| Obtaining and reviewing records | 0 |
| Legal research | 20.1 |
| Brief writing | 25.4 |
| Preparing for and attending oral argument | 2.7 |
| Other (specify on additional sheets if necessary): | 1.5 |
| Total hours claimed for this person | 52.8 |

*Instructions: on the applicable lines, enter the total time spent in each category. A separate form must be completed for each person for whom time is claimed. Attach contemporaneous time records reflecting all hours listed and indicating the dates on which the work was performed. An affidavit attesting to the truthfulness of the information contained in the application and demonstrating the basis for the hourly rate(s) requested must also accompany the application.*

Rev.: 1/03

Betsy Havens KG Appeal Time Records

| Date | Description | billed | not billed |
|---|---|---|---|
| 9/8/2012 | Wrote memo on potential bifurcation of case issues | 1 | |
| 9/13/2012 | Mediation | | 1.5 |
| 10/30/2012 | Call with amicus re brief | 1.3 | |
| 11/1/2012 | discussed settlement and rule comments with miriam | 0.5 | 1.5 |
| 11/5/2012 | worked on edits to counteroffer. Sent to opposing counsel | 0.5 | 2 |
| 11/7/2012 | worked on counteroffer | 0.5 | 1 |
| 11/17/2012 | read over brief | 0.5 | 2.5 |
| 11/23/2012 | researched equitable estopel and judicial estoppel | 3 | 4.5 |
| 11/26/2012 | worked on edits to brief. | 2.2 | 2.7 |
| | Call with Amy Runner | 0.8 | |
| 11/27/2012 | inserted edits to section on waiver/invited error. | 2 | 2.2 |
| | Researched invited error issue. | 1 | 1 |
| 11/28/2012 | resarched waiver/invited error cases | 2 | 2.5 |
| | worked on research re advisory opinion | 0.6 | 1 |
| 11/30/2012 | call with amicus, MH, and JP | | 1 |
| 12/1/2012 | edited overbroad section on preservation and invited error | 1 | 1.5 |
| 12/4/2012 | discussed and inserted edits to overbroad section | 0.5 | 1.5 |
| 12/7/2012 | edited statement of case | 1 | 2 |
| | edited injunction to nonparties section | 0.5 | 0.7 |
| 12/8/2012 | worked on brief. Edits to declaratory judgment section | 0.5 | 1 |
| 12/12/2012 | researched cases on affirmative injunctive relief | 1.5 | 2 |
| 12/14/2012 | inserted parentheticals of overbraod cases | 1 | 2 |
| 12/15/2012 | worked on inserting citations | 4 | 2 |
| 12/16/2012 | read over brief and inserted edits | 5 | 3 |
| 12/17/2012 | finished reading brief and edits | 1.2 | 2.5 |
| | reviewed edits with MH | 1 | 1.5 |

Betsy Havens KG Appeal Time Records

| Date | Description | billed | not billed |
|---|---|---|---|
| | inserted new edits | 2.5 | 1.5 |
| 12/18/2012 | researched appellate courts interpret orders in compliance with law issue | 3 | 1 |
| | wrote section on above issue | 1 | 1.5 |
| 12/21/2012 | read draft part 1 and edited | | 1.5 |
| 12/22/2012 | inserted edits and finished reading rest of brief | 1 | 1.5 |
| 12/26/2012 | read overbroad cases, amicus brief | 1 | 0.5 |
| 12/27/2012 | read power, freels, marks v. us | 1 | 1 |
| | read and edited brief | 4 | 3.5 |
| | bluebooked cases | | 1 |
| | read next draft | 0.5 | 0.5 |
| 12/28/2012 | read draft twice | | 5.5 |
| | wrote table of authorities, TOC, etc. filed | | 3 |
| 1/2/2013 | call with amicus | | 0.5 |
| | researched time for filing issues | 0.5 | |
| 2/12/2013 | worked on research for reply In support of motion to strike brief re interim rule | 0.5 | 0.5 |
| 2/12/2013 | edited reply biref | 0.5 | 1 |
| 4/23/2013 | Reviewed public records related to State Medicaid plan amendment | | 4.6 |
| 4/24/2013 | Reviewed public records related to State Medicaid plan amendment | | 4.5 |
| 4/26/2013 | Met with co counsel re oral argument | | 1 |
| 6/21/2013 | Call with co counsel and pro bono attorney re oral argument | | 1 |
| 6/24/2013 | Met with MH and law clerk re oral argument preparation | | 1 |
| 7/5/2013 | researched Medicaid cases providing affirmative relief | 1 | 1.5 |
| 7/7/2013 | assisted with oral argument preparation. Read defendant's overbroad cases | 0.5 | 5.5 |
| 7/16/2013 | observed 11th circuit oral argument | | 2 |
| 7/18/2013 | oral argument moot court. | | 1.5 |
| 7/18/2013 | prepared moot of defendant's argument | | |

Betsy Havens KG Appeal Time Records

| Date | Description | billed | not billed |
|---|---|---|---|
| 9/5/2013 | researched and bulleted response for M.R. question | 0.5 | 1 |
| 9/6/2013 | moot court with MVP, MH, and MK | | 0.7 |
| 9/8/2013 | moot court with MH and MVP | | 2.5 |
| 9/9/2013 | helped with oral argument edits. | 0.5 | 4.5 |
| 9/9/2013 | strategized about argument re age | | 1.5 |
| 9/9/2013 | prepared notebook | | 3 |
| 9/10/2013 | reread lower court briefing | | 3.5 |
| 9/10/2013 | reread past and current ABA Medicaid coverage interim policies | | 1.5 |
| 9/11/2013 | Call with co counsel re age strategy | 0.7 | |
| 9/12/2013 | moot court with co counsel | 1 | 1.2 |
| 9/13/2013 | appellate argument | | 2.5 |
| | Total | 52.8 | 111.6 |

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Form to Accompany Application for Attorney's Fees

Summary of work performed by (name): Margaret Kosyk _____

Total compensation requested for this person: $8,040.00 _____

Hourly rate of compensation requested for this person: $200.00 _____

This person is an:

☒ attorney   ☐ law student/graduate   ☐ certified paralegal   ☐ other:_____

| Category | Total Hours |
|---|---|
| Interviews and conferences | 0 |
| Obtaining and reviewing records | 0 |
| Legal research | 0 |
| Brief writing | 0 |
| Preparing for and attending oral argument | 0 |
| Other (specify on additional sheets if necessary): | Fees: 40.2 |
| Total hours claimed for this person | 40.2 |

*Instructions: on the applicable lines, enter the total time spent in each category. A separate form must be completed for each person for whom time is claimed. Attach contemporaneous time records reflecting all hours listed and indicating the dates on which the work was performed. An affidavit attesting to the truthfulness of the information contained in the application and demonstrating the basis for the hourly rate(s) requested must also accompany the application.*

Rev.: 1/03

**Margaret Kosyk Hours**
**KG Attorneys' Fees**

| Date | Activity | Billed | Not Billed |
|------|----------|--------|-----------|
| 9/30/2013 | Meeting with Miriam about timeline memo | 1 | |
| | Drafting timeline memo. | | 3 |
| | Researching cases where attorney's fees awarded 11.Cir.R. 39-2 | | 2 |
| 10/1/2013 | Organizing Miriam's, Jane's, and Betsy's fees | 1 | 2.3 |
| | Researching cases where attorney's fees awarded 42 USC § 1988 | | 2.5 |
| 10/2/2013 | Researching cases where attorney's fees awarded 42 USC § 1988 | 3 | |
| | Drafting Memorandum in support of Application for Attorney's Fees ("memo") | 3 | |
| 10/3/2013 | Met with MH on editing memo | 0.8 | |
| | Revised Draft of memo | 1 | 1 |
| | Met with MH on editing memo | 1.5 | |
| | Organized Time Sheets | 0.8 | 0.4 |
| | Reviewed and organized District Court Motion for Fees. | | 0.8 |
| 10/4/2013 | Preparation for meeting | | 0.2 |
| | Meeting with Miles McGrane | 1.8 | |
| | Revised Draft of memo | 1 | 1 |
| | Meeting with Miriam about memo | 0.5 | |
| | Researching loadstar and equitable interest cases | | 1 |
| 10/8/2013 | Meeting with Miriam about memo | 0.2 | |
| | Revised Draft of memo | | 1.2 |
| 10/9/2013 | Met with MH on BH's Declaration | 0.5 | |
| | Reviewed BH's Declaration re Appeal hours | 0.5 | 1 |
| 10/10/2013 | Reviewed BH's Declaration re Appeal hours | | 1 |
| | Researched and Reviewed Fee Enhancement Cases | | 4.5 |
| 10/11/2013 | Discussed Memorandum with Miriam | | 0.3 |
| | Wrote Memorandum on Fee Enhancement Cases | | 1.8 |
| 10/14/2013 | Researched Expert Affidavit | 0.5 | |
| | Discussed memo with Miriam | 0.5 | |
| | Revised Draft of memo | 1.5 | |
| | Discussed memo with Miriam | 1 | |
| 10/15/2013 | Revised Draft of memo | 1 | 1 |
| | Discussed memo with Miriam | 0.5 | |
| | Revised Draft of memo | 1 | 1 |
| | Discussed memo with Miriam | 0.5 | |
| 10/16/2013 | Revised Draft and Added Part II of memo | 2 | 1 |
| | Reviewed MH Affidavit | 0.5 | 1 |
| | Discussed  memo with Miriam | 0.5 | |
| 10/17/2013 | Reviewed MH Affidavit | | 0.2 |
| | Revised Draft of memo | 1 | |
| | Discussed memo with MH | 0.3 | |
| | Revised Draft of memo | | 1.5 |
| 10/17/2013 | Reviewed MH Affidavit | | 1 |
| | Reviewed MH Appeal Time Records | 0.5 | 1 |

**Margaret Kosyk Hours**
**KG Attorneys' Fees**

| | | | |
|---|---|---|---|
| | Revised memo | 0.5 | 1 |
| 10/18/2013 | Discussed memo with MH | 0.2 | |
| | Revised memo | | 1.8 |
| | Reviewed MH Affidavit | | 0.6 |
| | Discussed MH Affidavit with MH | 0.5 | |
| | Reviewed MH Affidavit | | 0.5 |
| 10/19/2013 | Revised memo | 1 | 1 |
| 10/21/2013 | Discussed memo with Miriam | 0.5 | |
| | Did research on "legal relationship" test for prevailing party | 1 | |
| | Edited and revised memo | 1 | 0.8 |
| | Reviewed Betsy's Declaration | 0.2 | |
| | Discussed memo with Miriam | | 0.5 |
| | Revised memo | 1 | 1 |
| 10/22/2013 | Reviewed MH, MVP, BH, & MKTime Records | 1.2 | |
| | Sent email to MVP about form to accompany memo. | | 0.2 |
| | Discussed MH Aff. with MH | 0.5 | 0.5 |
| | Discuss memo with MH | | 1.2 |
| | Discuss memo with MH & MVP | | 0.2 |
| | Edit memo | 0.2 | |
| | Discuss time sheets with MH | | 1.2 |
| 10/23/2013 | Delineate time sheets to fit into application form categories | 4.5 | 4 |
| | Reviewed BH declarataion | | 0.5 |
| | Discussed time sheets with MH | | 0.8 |
| Total Time | | 40.2 | 47.5 |