# COMPOSITE EXHIBIT A

| Date | Description | billed | not billed | Objection |
|------|-------------|--------|------------|-----------|
| 9/8/2012 | Wrote memo on potential bifurcation of case issues | 1 | | NF, U |
| 9/13/2012 | Mediation | | 1.5 | |
| 10/30/2012 | Call with amicus re brief | 1.3 | | A |
| 11/1/2012 | discussed settlement and rule comments with miriam | 0.5 | 1.5 | I, B, U (Rule comments) |
| 11/5/2012 | worked on edits to counteroffer. Sent to opposing counsel | 0.5 | 2 | I, B |
| 11/7/2012 | worked on counteroffer | 0.5 | 1 | |
| 11/17/2012 | read over brief | 0.5 | 2.5 | |
| 11/23/2012 | researched equitable estopel and judicial estoppel | 3 | 4.5 | U, NF |
| 11/26/2012 | worked on edits to brief. | 2.2 | 2.7 | D |
| | Call with Amy Runner | 0.8 | | I |
| 11/27/2012 | inserted edits to section on waiver/invited error. | 2 | 2.2 | NF (waiver), U |
| | Researched invited error issue. | 1 | 1 | U |
| 11/28/2012 | resarched waiver/invited error cases | 2 | 2.5 | B, NF (waiver), U |
| | worked on research re advisory opinion | 0.6 | 1 | NF |
| 11/30/2012 | call with amicus, MH, and JP | | 1 | A, I |
| 12/1/2012 | edited overbroad section on preservation and invited error | 1 | 1.5 | U |
| 12/4/2012 | discussed and inserted edits to overbroad section | 0.5 | 1.5 | I, B |
| 12/7/2012 | edited statement of case | 1 | 2 | |
| | edited injunction to nonparties section | 0.5 | 0.7 | U |
| 12/8/2012 | worked on brief. Edits to declaratory judgment section | 0.5 | 1 | B |
| 12/12/2012 | researched cases on affirmative injunctive relief | 1.5 | 2 | |

Betsy Havens KG Appeal Time Records

| Date | Description | billed | not billed | Objection |
|---|---|---|---|---|
| 12/14/2012 | inserted parentheticals of overbraod cases | 1 | 2 | |
| 12/15/2012 | worked on inserting citations | 4 | 2 | I, E |
| 12/16/2012 | read over brief and inserted edits | 5 | 3 | E, B, D |
| 12/17/2012 | finished reading brief and edits | 1.2 | 2.5 | B, D, B |
| | reviewed edits with MH | 1 | 1.5 | D |
| | inserted new edits | 2.5 | 1.5 | I, D |
| 12/18/2012 | researched appellate courts interpret orders in compliance with law issue | 3 | 1 | E |
| | wrote section on above issue | 1 | 1.5 | |
| 12/21/2012 | read draft part 1 and edited | | 1.5 | I, B |
| 12/22/2012 | inserted edits and finished reading rest of brief | 1 | 1.5 | I, B |
| 12/26/2012 | read overbroad cases, amicus brief | 1 | 0.5 | A, B |
| 12/27/2012 | read power, freels, marks v. us | 1 | 1 | |
| | read and edited brief | 4 | 3.5 | I, D, E |
| | bluebooked cases | | 1 | |
| | read next draft | 0.5 | 0.5 | I, D |
| 12/28/2012 | read draft twice | | 5.5 | |
| | wrote table of authorities, TOC, etc. filed | | 3 | |
| 1/2/2013 | call with amicus | | 0.5 | A |
| | researched time for filing issues | 0.5 | | E |
| 2/12/2013 | worked on research for reply In support of motion to strike brief re interim rule | 0.5 | 0.5 | U |
| 2/12/2013 | edited reply biref | 0.5 | 1 | U, NF |
| 4/23/2013 | Reviewed public records related to State Medicaid plan amendment | | 4.6 | |
| 4/24/2013 | Reviewed public records related to State Medicaid plan amendment | | 4.5 | |
| 4/26/2013 | Met with co counsel re oral argument | | 1 | |

| Date | Description | billed | not billed | Objection |
|---|---|---|---|---|
| 6/21/2013 | Call with co counsel and pro bono attorney re oral argument | | 1 | |
| 6/24/2013 | Met with MH and law clerk re oral argument preparation | | 1 | |
| 7/5/2013 | researched Medicaid cases providing affirmative relief | 1 | 1.5 | |
| 7/7/2013 | assisted with oral argument preparation. Read defendant's overbroad cases | 0.5 | 5.5 | D, U,B |
| 7/16/2013 | observed 11th circuit oral argument | | 2 | |
| 7/18/2013 | oral argument moot court. | | 1.5 | |
| 7/18/2013 | prepared moot of defendant's argument | | | |
| 9/5/2013 | researched and bulleted response for M.R. question | 0.5 | 1 | B, I |
| 9/6/2013 | moot court with MVP, MH, and MK | | 0.7 | |
| 9/8/2013 | moot court with MH and MVP | | 2.5 | |
| 9/9/2013 | helped with oral argument edits. | 0.5 | 4.5 | D |
| 9/9/2013 | strategized about argument re age | | 1.5 | |
| 9/9/2013 | prepared notebook | | 3 | |
| 9/10/2013 | reread lower court briefing | | 3.5 | |
| 9/10/2013 | reread past and current ABA Medicaid coverage interim policies | | 1.5 | |
| 9/11/2013 | Call with co counsel re age strategy | 0.7 | | U, D |
| 9/12/2013 | moot court with co counsel | 1 | 1.2 | D |
| 9/13/2013 | appellate argument | | 2.5 | |
| | Total | 52.8 | 111.6 | |

**NHELP-Perkins**
101 E Weave St Ste G-7
Carrboro, NC 27510

Case 1:11-cv-20684-JAL Document 210-1 Entered on FLSD Docket 05/05/2014 Page 5 of 23

**K.G. v. Dudek**

CONFIDENTIAL WORK PRODUCT

This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| Date | Type | Activity | Task Time | Objection |
|---|---|---|---|---|
| 8/13/2012 | | Call with Miriam Harmatz re: KG co-counseling | 0.4 | D, E |
| 8/13/2012 | | Read Lower court decisions | 0.9 | D, E |
| 8/13/2012 | | Dsicuss case acceptance with litigation work group | 0.3 | D, E |
| 8/15/2012 | | Email with MH regarding ("re") certification under 26.1 | 0.2 | U |
| 8/15/2012 | | Discuss amicus with MN (0.1); prepare amicus request for pro bono network (0.3) | 0.4 | A |
| 8/16/2012 | | Call with MH re: legal issues, esp. "restoration" under Medicaid rehab | 0.2 | U, B |
| 8/17/2012 | | Review issues on appeal | 0.2 | D, E, I |
| 8/17/2012 | | Legal research: overbroad injunctions (0.4); email to MH re: same (0.2) | 0.6 | |
| 8/17/2012 | | Meeting with co-counsel to address issues on appeal | 1 | D, E, I |
| 8/20/2012 | | Research: ABA coverage veterans (0.2); email to MH re: same (0.1 NB) | 0.2 | U, NF |
| 8/20/2012 | | Research: systemwide relief (0.3); email to MH attaching research (0.1 NB) | 0.3 | |
| 8/22/2012 | | Call with MH & SS re: settlement call from AHCA | 0.3 | D |
| 8/22/2012 | | Read Stay reply from AHCA | 0.4 | D, U (filed in district court) |
| 9/5/2012 | | Review and edit mediation statement | 0.7 | D, B |
| 9/6/2012 | | Call with MH re: civil cover sheet and issues on appeal | 0.4 | D, B, E, I |
| 9/6/2012 | | emaill to AC @ NHeLP re: research questions judicial notice and equitable relief | 0.4 | U, NF |
| 9/12/2012 | | Prepare admission papers | 0.5 | O |
| 9/13/2012 | | review file for mediation | 0.5 | D, E, I |
| 9/13/2012 | | mediation session | 1.5 | D |
| 9/13/2012 | | Call with MH re: next steps for mediation | 0.3 | D, I |
| 9/13/2012 | | Review declaratory judgment (0.5); email to MH re: same (0.1) | 0.6 | D, E |
| 9/13/2012 | | Call with MH & SS re: settlement call with AHCA | 0.2 | D |
| 9/24/2012 | | Call with MH re: ABA for older children; amicus brief; response brief | 0.8 | A, B, U |
| 9/25/2012 | | Review GAPMS PRA (0.8); email to co-counsel re: same (0.2) | 1 | U, D |
| 9/25/2012 | | review AC's research re: breadth of injunctive relief; review cases | 0.8 | B |
| 9/26/2012 | | Research extent of injunction (0.4); email to MH re: same (0.1) | 0.5 | D |
| 7/27/2012 | | Meet with co-counsel re: settlement counter proposal | 0.8 | D |

NHELP-Perkins
101 E Weave St Ste G-7
Carrboro, NC 27510

Case 1:11-cv-20684-JAL  Document 210-1  Entered on FLSD Docket 05/05/2014  Page 6 of 23

**K.G. v. Dudek**

CONFIDENTIAL WORK PRODUCT
This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| Date | Type | Activity | Task Time | Objection |
|---|---|---|---|---|
| 9/28/2012 | | Call with MH re: client updates | 0.2 | D, I |
| 10/1/2012 | | Review addition research from AC re: prelliminary injunction and statewide relief | 0.4 | B |
| 10/2/2012 | | Review final proposals re: DJ and IR and discuss withMH | 0.4 | U, D, B, I |
| 10/5/2012 | | Read AHCA Mot to Strike Decl. | 0.1 | D, U (filed in district court) |
| 10/10/2012 | | Review (0.2) Plfs response opposing motion to strike & email to MH re: same (NB) | 0.2 | D, U (filed in district court) |
| 10/26/2012 | | Review settlement responses (0.4); discuss with MH (0.5) | 0.9 | U, D |
| 10/30/2012 | | Meet with Co-counsel and confid. Partners to discuss brief and record and settlement | 1.3 | B, D |
| 11/7/2012 | | Call with MH re: ABA therapy under 21 and age classifications | 0.3 | D, I, U, B |
| 11/20/2012 | | Read Opening Brief | 0.7 | D |
| 11/20/2012 | | Discuss response and work division withco-counsel | 1 | B, D |
| 11/28/2012 | | Research Medicaid background section | 1.5 | I, D |
| 11/29/2012 | | draft Medicaid background section of response brief | 2.7 | D |
| 1130/2012 | | Meet with co-counsel re: outline of brief and amicus | 1 | D, A, B |
| 11/30/2012 | | Read Rush v. Parham | 0.3 | |
| 12/2/2012 | | legal resarch: injunctions and declaratory relief | 1.2 | B, D |
| 12/17/2012 | | Read selected cases from Opening Br | 1.2 | D |
| 12/18/2012 | | Edit Reponse Br. | 7.3 | E, D, I |
| 12/19/2012 | | Edit Response Br. | 8.2 | E, D, I |
| 12/20/2012 | | Discuss response Br. withMH | 2 | D |
| 12/24/2012 | | Edit Resonse Brief | 3.3 | E, D, I |
| 12/24/2012 | | Legal research: EPSDT cases ordering injunctions | 0.5 | |
| 12/24/2012 | | Call with MH re: edits to response brief | 0.9 | D |
| 12/28/2012 | | Email exchange withMH re: citations; § 1983 reference; oral arg. request in brief | 0.2 | B, D |
| 1/2/2012 | | Call with MH re: amicus brief (0.5); opposition to amicus brief (0.1) | 0.6 | D, A |
| 1/11/2013 | | Read amicus brief and motion to file amicus | 0.7 | A |
| 1/16/2013 | | Read opposition to amicus brief | 0.2 | A |

NHELP-Perkins
101 E Weave St Ste G-7
Carrboro, NC 27510

Case 1:11-cv-20684-JAL  Document 210-1  Entered on FLSD Docket 05/05/2014  Page 7 of 23  CONFIDENTIAL WORK PRODUCT

**K.G. v. Dudek**

This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| Date | Type | Activity | Task Time | Objection |
|---|---|---|---|---|
| 1/22/2013 | | Read reply and cases cited | 1.2 | B |
| 1/23/2013 | | Call with MH re: sur-reply | 0.5 | D, NF, U |
| 1/23/2013 | | research sur-reply and send materials to MH | 0.2 | NF, U, B, I |
| 1/23/2013 | | Read email exchanges among co-counsel re: sur-reply | 0.1 | NF, U |
| 1/23/2013 | | Review and comment on initial draft of sur-reply | 0.3 | NF, U, B |
| 1/24/2013 | | Review amicus | 0.3 | A |
| 1/24/2013 | | Review motion to strike (previously labelled sur-reply) | 0.3 | U, D |
| 1/25/2013 | | Call with MH re: Reply Brief | 0.2 | D |
| 1/27/2013 | | Edit Brief regarding new arguments | 0.7 | U, NF, U, D |
| 2/1/2013 | | Review order on amicus and scan amicus brief | 0.1 | A |
| 2/10/2013 | | Read AHCA resp. to motion to strike | 0.3 | U, D |
| 2/11/2013 | | Call with MH re: motion to strike | 0.5 | D, U |
| 2/14/2013 | | Review and edit reply in support of motion to strike | 0.5 | U, D |
| 3/22/2013 | | read order on strike | 0.1 | U, D |
| 3/29/2013 | | Read district court  order on motion to stay | 0.5 | D, U (filed in district court) |
| 6/18/2013 | | Review briefs and opinions for discussion with MH | 0.8 | B, I, D |
| 6/18/2013 | | Call with MH re: oral argument | 1 | E, D |
| 6/21/2013 | | Prepare for conversation with FLS and Wallance re: oral argument | 0.3 | I, D |
| 6/21/2013 | | Call with MH and co-counsel re: questions in oral argument | 1.3 | D, E |
| 6/24/2013 | | Email exchange with MH re: oral argument | 0.2 | D |
| 7/1/2013 | | Review FL information re: coverage of ABA in HCBW | 0.2 | U |
| 7/2/2013 | | Call withs with prospective partcipants in a moot court for oral argument | 0.5 | D |
| 7/10/2013 | | Call with co-counsel re: question and answers for oral argument | 1.5 | D |
| 8/12/2013 | | Read email excchange withGW re: extent of relief | 0.2 | D, I |
| 8/13/2013 | | Review questions/brief; prepare for discussion withMH and moot | 2.1 | B, D |
| 8/13/2013 | | Call with MH re: questions at oral argument | 2.3 | D |
| 8/14/2013 | | Moot court | 1.5 | D |
| 8/17/2013 | | Review aug 16 draft of Q&A for refinements | 0.3 | D |

**NHELP-Perkins**
101 E Weave St Ste G-7
Carrboro, NC 27510

# K.G. v. Dudek

CONFIDENTIAL WORK PRODUCT

This Time Sheet Log Goes
From: 5/31/12 To: 10/21/13

| Date | Type | Activity | Task Time | Objection |
|------|------|----------|-----------|-----------|
| 8/23/2013 | | Legal research:  injunctive relief cases, non-class (0.4); email to MH re: same | 0.4 | U, B, D |
| 8/26/2013 | | Legal research: injunctive relief cases, non-class (0.9); email to MH re: same (0.1) | 1 | U, D |
| 8/28/2013 | | Review panel decisions | 0.4 | I |
| 8/28/2013 | | Moot court | 2.5 | E |
| 8/28/2013 | | Call with law student re: scope of injunction research (0.2); review research (0.2) | 0.4 | D |
| 8/28/2013 | | Message to MH re: cases on injunctive relief | 0.1 | D |
| 8/29/2013 | | Email exchange withMH re: acceptable modifications of PI | 0.2 | U, D |
| 9/3/2013 | | Legal research: injunctive relief cases (0.3); email to MH re:same (0.1) | 0.3 | D |
| 9/4/2013 | | Review and edit oral argument outline | 0.5 | B, D |
| 9/9/2013 | | Argument prep: ABA moot court of ABA coverage under EPSDT | 1.8 | D, U |
| 9/10/2013 | | Research applying relief in subsequent cases (0.3); email to MH re: same (0.1) | 0.4 | I, D |
| 9/11/2013 | | Research applying declaratory relief | 0.2 | D |
| 9/11/2013 | | Call with MH/BH re: oral argument questions | 0.7 | D |
| 9/12/2013 | | Review pleadings for oral argument | 1.1 | E, D, I |
| 9/12/2013 | | Prepare for oral argument | 2.2 | E, D, I |
| 9/13/2013 | | Oral argument | 2.5 | E, D |
| 10/2/2013 | | Review fees and send to MH | 0.6 | B, D |
| 10/15/2013 | | Research circuit attorneys' fees | 0.3 | D |
| 10/21/2013 | | Prepare attorneys' fee declaration and exhibits | 1.1 | B |
| | | | | |
| | | | | |
| **TOTAL TIME** | | | 86.40 | |

Miriam Harmatz: KG Appeal Time Records

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| 8/13/2013 | Telephone call with Jane Perkins (JP) regarding ("re") co-counseling | 0.40 | | D |
| 8/16/2012 | Telephone call with JP re restoration under Medicaid | 0.20 | | D, U |
| 8/17/2013 | Meeing with co-counsel re issues on appeal | 1.00 | | D, I, D |
| 8/22/2013 | Telephone call with JP re settlement call from AHCA | | 0.30 | |
| 8/31/2012 | Draft mediator statement | 1.50 | | I |
| 9/3/2012 | Draft mediator statement | 2.00 | | I |
| 9/4/2012 | Draft mediator statement | 1.00 | 0.80 | I |
| 9/6/2012 | Preparation for telephone call with pro bono counsel for amici | 1.20 | | A |
| | Telephone call with Jane Perkins (JP) re appeal | 0.40 | | D, I |
| 9/13/2012 | Telephone call with JP re next steps | 0.30 | | D, I |
| | Mediation preparation | 0.70 | | I |
| | Mediation preparation | 1.00 | 1.00 | I |
| | Telephone call with JP re settlement call with AHCA | | 0.20 | |
| | Mediation | 1.50 | | |
| 9/18/2012 | Draft proposed settlement | 1.80 | | |
| 9/19/2012 | Work on proposed settlement and conference with co-counsel | 2.40 | 0.60 | B, E |
| 9/24/2012 | Telephone call with JP re ABA for older children; response brief | | 0.80 | |
| 9/27/2012 | Preparation for telephone call with amicus and co-counsel re settlement | 1.20 | | A |
| | Telephone call with amicus and co-counsel re settlement proposal | 0.80 | | A |
| 9/28/2012 | Work on revision to settlement proposal | 0.80 | 0.50 | E |

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| | Telephone call with JP re clients | 0.20 | | D |
| 10/1/2012 | Emails and to co-counsel re our proposed settlement | 0.50 | | D |
| 10/2/2012 | Review Williams request for confidentiality agreement Declaration and draft response and discuss with JP | 0.40 | | B |
| 10/4/2012 | Review waiver cases NHeLP provided | 1.50 | | U, NF |
| 10/23/2012 | Review AHCA's settlement proposal | 0.80 | | |
| 10/24/2012 | Draft response to AHCA's proposal | 2.50 | | E |
| | Review cases on overbroad | 2.80 | | I, B |
| 10/25/2012 | Conference Betsy Havens (BH) and Monica Vigues-Pitan (MVP) re response to AHCA's settlement proposal | 0.80 | | D |
| | Review cases on overbroad issue | 2.00 | | |
| | Work on response to AHCA | 3.50 | | I, E |
| 10/26/2012 | Preparation for telephone call with JP re settlement | 0.20 | | D |
| | Telephone call with JP re settlement and appeal issues | 0.50 | | D, B |
| | Redraft settlement proposal with JP's suggestions | 0.20 | | D |
| 10/30/2012 | Preparation for telephone call with co-counsel, amicus re settlement | 0.20 | | A, D, E |
| | Telephone call with co-counsel amicus re settelement drafts | 1.30 | | A, D |
| 11/1/2012 | Work on new settlement drafts | 1.30 | | E |
| | Discuss AHCA's proposed experimental rule as it applies to ABA and settlement drafts with BH | 0.50 | | B, D, U, E |
| 11/2/2012 | Continue working on new settlement drafts and send to co-counsel | 2.00 | | B, E, D, E |

Miriam Harmatz: KG Appeal Time Records

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| 11/5/2012 | Review G. Wallace (GW) comments re settlement and discuss with BH and redraft settlement to respond | 2.50 | 0.50 | D, B, E |
| 11/7/2012 | Redraft settlement and send with memo to co-counsel and amicus | 1.80 | 0.70 | B, A, E |
| | Telephone call with JP re settlement | 0.30 | | D, E |
| 11/17/2012 | Review AHCA'S brief | 1.20 | | |
| 11/18/2012 | Outline AHCA'S brief | 2.50 | | |
| 11/19/2012 | Review cases in AHCA's brief | 3.80 | 2.00 | I |
| | Telephone call with MVP re AHCA's brief | 0.50 | 0.50 | D |
| 11/20/2012 | Outline AHCA's brief and points for response | 2.40 | 0.60 | E |
| | Preparation for telephone call with co-counsel | 0.50 | | I, D |
| | Telephone call with co-counsel, JP, BH, MVP re our brief | 1.00 | | D, I |
| 11/21/2012 | Continue review AHCA'S case | 1.00 | 1.00 | E |
| | Draft brief course of proceedings section | 1.20 | | |
| | Review AHCA'S statement of facts and outline statement of facts | 1.50 | | B |
| | Review cases on waiver, judicial estoppel | 3.20 | 0.80 | B, U |
| 11/23/2012 | Review cases on injunctions-breadth discretion | 6.00 | 1.50 | B, E |
| 11/24/2012 | Continue review on cases of waiver | 3.50 | 0.50 | U, E |
| | Draft summary of argument | 1.50 | | |
| 11/26/2012 | Work on summary of argument | 1.20 | | |
| | Work on overbroad draft re individual Medicaid necessity | | 3.80 | |
| | Work on waiver draft | 1.50 | | U, E |

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
|  | Preparation to telephone call with appellate expert Amy R |  | 0.80 |  |
|  | Outline ladder points of Medicaid section for JP |  | 0.50 |  |
| 11/27/2012 | Edits to overbroad Section (Sec) 1-Medicaid necessity |  | 0.60 |  |
|  | Work on overbroad Sec 1-Medicaid necessity |  | 1.00 |  |
|  | Work on overbroad Sec 2 waiver | 5.50 | 0.50 | E, U |
| 11/28/2012 | Work on summary of argument | 0.40 | 0.30 |  |
|  | Work on overbroad Sec 1- Medicaid necessity |  | 0.50 |  |
|  | Work on summary of argument | 1.20 | 0.50 |  |
|  | Work on overbroad Sec 2-waiver/invited error | 3.00 | 1.00 | B, I, E, U |
| 11/29/2012 | Work on overbroad-Medicaid necessity section |  | 0.40 |  |
|  | Work on overbroad-injunction nonparties | 2.30 | 0.80 |  |
|  | Work on overbroad Medicaid necessity section |  | 0.50 |  |
|  | Work on Medicaid section review JP and conference with BH re additions |  | 0.30 |  |
| 11/30/2012 | Work on Medicaid section | 0.20 |  | I |
|  | Work on overbroad waiver section | 0.30 |  | U, E |
|  | Work on Medicaid section | 2.20 | 0.80 | I, E |
|  | Work on injunction nonparties | 2.00 | 0.50 | E |
|  | Preparation call with amicus | 0.50 |  | A |
|  | Call with amicus and JP | 1.00 |  | D, A |
| 12/5/2012 | Work on Medicaid necessity section |  | 1.50 |  |
|  | Work on waiver section | 1.00 |  | U, E |

**Miriam Harmatz: KG Appeal Time Records**

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|---|---|---|---|---|
| | Discuss waiver section BH | | 0.40 | |
| | Work on injunction overbroad section | 0.50 | | E |
| | Discuss injunction overbroad section with BH | | 0.30 | |
| | Work on Medicaid necessity section | | 1.80 | |
| | Work on Medicaid section | 1.00 | 0.20 | I, E |
| | Work on course of proceedings | 0.80 | | |
| 12/6/2012 | Work on Medicaid necessity section | | 0.70 | |
| | Work on Medicaid necessity section | | 0.80 | |
| | Work on section re class | 1.50 | 0.50 | I, U |
| | Work on section re Medicaid necessity | | 1.50 | |
| | Work on section re injunction overbroad nonparties | 1.80 | | E, U |
| | Work on course of proceeding order with BH | 0.50 | 0.20 | D |
| 12/7/2012 | Work on statement of case | 2.00 | 0.50 | E |
| | Reread AHCA'S cases and injunction overbroad re nonparties | 3.20 | 0.40 | B, U, E |
| 12/8/2012 | Work on Sec II relief no broader than necessary | 2.50 | 0.50 | U |
| 12/9/2012 | Work on Sec II relief no broader than necessary | 2.80 | 0.40 | U, E |
| | Work on Medicaid facts | 0.30 | 0.20 | I, E |
| 12/10/2012 | Work on relief narrow as necessary | 7.00 | | E, U |
| 12/11/2012 | Work on narrow relief | 3.00 | | E, U |
| | Work on course of proceedings | 0.80 | 0.20 | E |
| | Review *Zepeda* and *Bresgal* | 1.50 | 0.50 | E |
| 12/12/2012 | Work on Medicaid section | 0.40 | | E, I |

Miriam Harmatz: KG Appeal Time Records

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| | Work on narrow relief | 0.50 | | E, U |
| | Work on narrow relief | 0.80 | 0.20 | E, U |
| | Work on Medicaid section | 0.30 | 0.20 | I, E |
| | Review and work on whole brief | 2.50 | 1.50 | I, B, E |
| | Read AHCA cases on Declaratory Judgement (DJ) | 1.00 | 0.50 | |
| 12/13/2012 | Preparation for telephone call co-counsel | 0.70 | 0.30 | I |
| | Telephone call co-counsel re brief issues | 1.00 | | D, I |
| 12/14/2012 | Research/review non-mutual collateral estoppel | 1.00 | | NF, U, E |
| | Review cases re DJ | 1.20 | 0.50 | I |
| | Work on DJ section a | 1.50 | 0.50 | I |
| | Work on DJ section b | 2.80 | 0.70 | U, I |
| 12/15/2012 | Work on DJ section b | 1.00 | | U, I, E |
| | Work on DJ section a | 0.30 | 0.20 | I |
| | Work on whole brief | 2.50 | 0.50 | I, E |
| 12/16/2012 | Work on DJ response | 4.50 | 2.00 | I, E |
| 12/17/2012 | Work on all of brief | 7.00 | 1.50 | I, E |
| 12/18/2012 | Work on brief | 1.00 | | I, E |
| 12/19/2012 | Review JP edits and insert edits | 3.20 | | E, B, D |
| 12/20/2012 | Preparation for and telephone call JP | 1.00 | 1.00 | D, I, B |
| | Continue work on brief | 4.00 | 3.00 | I |
| 12/21/2012 | Continue work on brief | 3.20 | 0.80 | I, E |
| | Conference with MVP re brief | | 1.50 | I, D |

Miriam Harmatz: KG Appeal Time Records

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|---|---|---|---|---|
| 12/22/2012 | Work on brief | 5.50 | 1.00 | I, E |
| 12/23/2012 | Conference with MVP re brief | | 0.50 | |
| 12/24/2012 | Telephone call with JP re edits | | 0.90 | |
| | Work on brief | 3.50 | 1.50 | I, E |
| 12/25/2012 | Work on brief | 4.00 | 1.00 | I, E |
| 12/26/2012 | Work on brief | 8.00 | 2.00 | I, E |
| 12/27/2012 | Work on brief | 8.00 | 4.00 | I, E |
| 12/28/2012 | Final edits and preparation for filing and file | 6.50 | 5.00 | I, B, E |
| 1/2/2013 | Telephone call with JP re amicus brief | 0.60 | | A, D |
| 1/17/2013 | Review reply brief | 0.80 | | |
| 1/18/2013 | Discuss reply brief with co-counsel BH and amicus | 0.40 | 0.40 | A, D |
| 1/22/2013 | Outline Motion for Supplemental Briefing / Motion to Strike (Motion) | 0.70 | 0.50 | U |
| | Research motion | 3.50 | 1.50 | I, U |
| 1/23/2013 | Draft motion | 4.00 | | I, U |
| | Telephone call with JP re motion | 0.50 | | D, U, I |
| 1/24/2013 | Work on motion for Motion | 3.20 | 0.80 | I, U |
| 1/25/2013 | Telephone call JP re reply brief | 0.20 | | D, I |
| 1/25/2013 | Work on motion for Motion | 3.50 | 0.50 | I, U |
| 1/27/2013 | Incorporate JP's edits | | 0.30 | |
| 2/11/2013 | Review AHCA'S response brief | 0.50 | | |
| | Telephone call JP re Motion | 0.50 | | D, U |
| | Outline reply in support of motion | 0.40 | | U |

**Miriam Harmatz:  KG Appeal Time Records**

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| | Work on reply brief | 3.20 | 1.80 | NF, I |
| 2/12/2013 | Work on reply brief | 3.50 | 0.50 | NF, I |
| | Confer with BH re reply brief | | 0.30 | |
| 2/13/2013 | Work on reply brief | 3.80 | | NF, I |
| | Confer with MVP reply brief | | 0.20 | |
| 2/14/2013 | Insert brief and JP edits | | 0.30 | |
| 6/18/2013 | Final review and filing | | 0.50 | |
| 6/21/2013 | Preparation for telephone call co-counsel | 1.00 | | I, D |
| | Telephone call co-counsel, MVP, JP, re oral argument questions | 1.30 | | I, D |
| 8/12/2013 | Outline & answer key questions for appeal | 5.20 | 0.70 | I, E |
| 8/13/2013 | Call with JP and Monica Vigues-Pitan re Oral Argument | 2.30 | | E, D, I |
| | Work on narrative | 3.80 | 2.00 | I, E |
| 8/14/2013 | Preparation for moot court | 5.00 | 1.00 | I, E |
| 8/15/2013 | Draft Q&A for Justice Hatchett | 2.50 | 0.50 | I, E |
| 8/16/2013 | Work on Q&A for Justice Hatchett | 1.20 | 0.80 | I, E |
| 8/20/2013 | Preparation for meeting with J. Hatchett with MVP | 2.00 | | D, I, E |
| | Meeting with Justice Hatchett with MVP | 2.50 | | D, I, E |
| | Travel to/from Tallahassee for meeting with MVP | | 5.00 | |
| 8/28/2013 | Draft opening narrative and preparation for moot | 2.80 | 1.00 | B, I, E |
| | Moot court with MVP and JP | 2.00 | 1.00 | D |
| 8/29/2013 | Review non-class cases | 0.80 | | U, I, E |
| | Redraft narrative including comments from moot court | 1.50 | 0.50 | E |

8

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|---|---|---|---|---|
| | Read trial transcript Bailey | 1.00 | | U |
| | Reread AHCA'S Cases in reply | 1.50 | 0.50 | E |
| 9/1/2013 | Draft response re whether court exceeded discretion finding ABA not experimental | 1.8 | 0.3 | U, E |
| 9/2/2013 | Work on outline and narrative | 2.00 | 1.5 | B, I, E |
| | Review cases re class not necessary | 0.80 | 0.2 | E |
| 9/5/2013 | Read Transcripts | 4.50 | | E, I, U |
| 9/6/2013 | Preparation for moot court | 3.00 | | E, I |
| | Moot court MVP, BH & Margaret Kosyk (MK) | 0.70 | | D, I, E |
| 9/7/2013 | Work on bullets of possible questions | 4.00 | | E, I |
| 9/8/2013 | Moot with BH & MVP | 4.00 | | E, D |
| 9/9/2013 | Review all briefs & orders | 8.00 | | E, I |
| 9/10/2013 | Preparation for moot | 0.50 | | I, E |
| | Moot with GW & MVP | 1.00 | 0.50 | D, E |
| 9/10/2013 | Redraft narrative bullet responses | 4.00 | | E, I |
| | Research Rule 62(c ) | 0.80 | 0.50 | E |
| 9/11/2013 | Telephone call JP & BH re strategy | 0.70 | | D, I, E |
| 9/12/2013 | Reread Moore | 0.80 | 0.20 | E |
| | Draft narrative questions and answers | 1.50 | 0.50 | I, E |
| | Preparation for moot | 0.80 | | I, E |
| | Moot court BH, JP, MVP | 2.20 | | D, E |
| 9/13/2013 | Preparation for oral Argument | 3.00 | | I, E |
| | Oral Agurment | 0.50 | | |

**Miriam Harmatz: KG Appeal Time Records**

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| 9/30/2013 | Meeting with MK to discuss memo re fees to co-counsel | 1.00 | | D |
| | Edit memo to co-counsel | 0.50 | | I |
| | Review appellate rules and cases re 11th fees | 1.20 | 0.80 | E |
| 10/3/2013 | Review fee memo | 1.00 | | I |
| | Review time records | 0.40 | 0.40 | |
| | Meet with MK re fee memo | 0.80 | | D |
| | Edit work on memo | 1.00 | | I, D |
| | Review with MK | 1.50 | | D, I |
| | Work on memo | 1.30 | | D, I |
| 10/4/2013 | Meeting with Mikes McGrane (MM) (fee counsel) and co-counsel | 1.00 | | D, I |
| | Work on memo | 1.20 | | I, D |
| 10/7/2013 | Work on affidavit | 0.70 | | I |
| 10/8/2013 | Meeting with MK re draft | 0.20 | | D |
| 10/11/2013 | Work on affidavit | 1.50 | | I |
| | Review time records | 0.40 | 0.20 | E |
| | Review affidavit of BH | 0.30 | | D |
| 10/14/2013 | Work on memo | 1.40 | | D, I |
| | Work on affidavit | 0.30 | | I |
| | Work on memo | 1.20 | | D, I |
| | Work on memo with MK | 1.00 | | D, I |
| 10/15/2013 | Work on memo | 1.00 | 0.20 | D, I |
| | Work on memo with MK | 0.50 | | D, I |

10

| Date | Description | Time Charged | Time Not Charged | OBJECTION |
|------|-------------|--------------|------------------|-----------|
| | Work on memo | 1.50 | | D, I, E |
| | Work on memo | 0.80 | | D, I, E |
| 10/16/2013 | Work on memo | 2.00 | | D, I, E |
| | Review new edits with MK | 0.50 | | I, D |
| 10/17/3013 | Work on memo | 0.70 | | D, I, E |
| | Work on memo | 1.50 | | D, I, E |
| | Work on memo with MK | 0.30 | | D, I, E |
| 10/18/2013 | Work on memo with MK | 0.70 | | D, I, E |
| | Work on affidavit with MK | 0.30 | | D |
| | Work on memo with MK | 0.80 | | D, I, E |
| | Work on memo with MK | 0.20 | | D, I, E |
| | Work on affidavit with MK | 1.80 | | D, I, E |
| | work on memo | 0.50 | | D, I, E |
| 10/19/2013 | Work on memo | 0.80 | | D, I, E |
| | Work on affidavit | 2.30 | | E, I |
| 10/20/2013 | Work on memo | 0.50 | | D, I, E |
| 10/21/2013 | Work on memo | 1.00 | 0.50 | D, I, E |
| | Discuss memo with MK | 0.50 | | D, I, E |
| | Discuss affidavit with MK | 0.50 | | D, I, E |
| | Work on affidavit | 4.50 | 1.00 | I, E |
| 10/22/2013 | Work on memo with MK | 0.50 | 0.70 | D, I, E |
| | Discuss memo with MVP | 0.50 | 0.30 | D, I, E |
| | Work on affidavit | 4.50 | 1.00 | I, E |
| **TOTAL** | | **359.10** | **92.40** | |

11

**Margaret Kosyk Hours**
**KG Attorneys' Fees**

| Date | Activity | Billed | Not Billed | Objection |
|---|---|---|---|---|
| 9/30/2013 | Meeting with Miriam about timeline memo | 1 | | D |
| | Drafting timeline memo. | | 3 | |
| | Researching cases where attorney's fees awarded 11.Cir.R. 39-2 | | 2 | |
| 10/1/2013 | Organizing Miriam's, Jane's, and Betsy's fees | 1 | 2.3 | O |
| | Researching cases where attorney's fees awarded 42 USC § 1988 | | 2.5 | |
| 10/2/2013 | Researching cases where attorney's fees awarded 42 USC § 1988 | 3 | | |
| | Drafting Memorandum in support of Application for Attorney's Fees ("memo") | 3 | | |
| 10/3/2013 | Met with MH on editing memo | 0.8 | | D |
| | Revised Draft of memo | 1 | 1 | |
| | Met with MH on editing memo | 1.5 | | D |
| | Organized Time Sheets | 0.8 | 0.4 | O |
| | Reviewed and organized District Court Motion for Fees. | | 0.8 | |
| 10/4/2013 | Preparation for meeting | | 0.2 | |
| | Meeting with Miles McGrane | 1.8 | | I |
| | Revised Draft of memo | 1 | 1 | E |
| | Meeting with Miriam about memo | 0.5 | | D |
| | Researching loadstar and equitable interest cases | | 1 | |
| 10/8/2013 | Meeting with Miriam about memo | 0.2 | | D |
| | Revised Draft of memo | | 1.2 | |
| 10/9/2013 | Met with MH on BH's Declaration | 0.5 | | D |
| | Reviewed BH's Declaration re Appeal hours | 0.5 | 1 | |
| 10/10/2013 | Reviewed BH's Declaration re Appeal hours | | 1 | |
| | Researched and Reviewed Fee Enhancement Cases | | 4.5 | |
| 10/11/2013 | Discussed Memorandum with Miriam | | 0.3 | |
| | Wrote Memorandum on Fee Enhancement Cases | | 1.8 | |
| 10/14/2013 | Researched Expert Affidavit | 0.5 | | I |
| | Discussed memo with Miriam | 0.5 | | D |
| | Revised Draft of memo | 1.5 | | E |
| | Discussed memo with Miriam | 1 | | D |
| 10/15/2013 | Revised Draft of memo | 1 | 1 | E |
| | Discussed memo with Miriam | 0.5 | | D |
| | Revised Draft of memo | 1 | 1 | E |
| | Discussed memo with Miriam | 0.5 | | D |
| 10/16/2013 | Revised Draft and Added Part II of memo | 2 | 1 | E, B |
| | Reviewed MH Affidavit | 0.5 | 1 | D |
| | Discussed memo with Miriam | 0.5 | | D |
| 10/17/2013 | Reviewed MH Affidavit | | 0.2 | |
| | Revised Draft of memo | 1 | | E |
| | Discussed memo with MH | 0.3 | | D |
| | Revised Draft of memo | | 1.5 | |
| 10/17/2013 | Reviewed MH Affidavit | | 1 | |

**Margaret Kasyk Hours**

## KG Attorneys' Fees

| Date | Activity | Billed | Not Billed | Objection |
|------|----------|--------|------------|-----------|
| | Reviewed MH Appeal Time Records | 0.5 | 1 | O, D |
| | Revised memo | 0.5 | 1 | E |
| 10/18/2013 | Discussed memo with MH | 0.2 | | D |
| | Revised memo | | 1.8 | |
| | Reviewed MH Affidavit | | 0.6 | |
| | Discussed MH Affidavit with MH | 0.5 | | D |
| | Reviewed MH Affidavit | | 0.5 | |
| 10/19/2013 | Revised memo | 1 | 1 | E |
| 10/21/2013 | Discussed memo with Miriam | 0.5 | | D |
| | Did research on "legal relationship" test for prevailing party | 1 | | |
| | Edited and revised memo | 1 | 0.8 | E |
| | Reviewed Betsy's Declaration | 0.2 | | O, D |
| | Discussed memo with Miriam | | 0.5 | |
| | Revised memo | 1 | 1 | E |
| 10/22/2013 | Reviewed MH, MVP, BH, & MKTime Records | 1.2 | | O, D |
| | Sent email to MVP about form to accompany memo. | | 0.2 | |
| | Discussed MH Aff. with MH | 0.5 | 0.5 | D |
| | Discuss memo with MH | | 1.2 | |
| | Discuss memo with MH & MVP | | 0.2 | |
| | Edit memo | 0.2 | | E |
| | Discuss time sheets with MH | | 1.2 | |
| 10/23/2013 | Delineate time sheets to fit into application form categories | 4.5 | 4 | O |
| | Reviewed BH declarataion | | 0.5 | |
| | Discussed time sheets with MH | | 0.8 | |
| Total Time | | 40.2 | 47.5 | |

**Monica Vigues-Pitan: KG Appeal Time Records**

| Date | Description | Time | NB Time | OBJECTION |
|------|-------------|------|---------|-----------|
| 7/13/2012 | letter to plaintiffs re notice of appeal | 0.2 | | |
| 8/6/2012 | rev of federal rules of appellate procedure | | 2 | |
| 8/10/2012 | mtg w/ mh re appeal time table | 0.5 | 0.5 | D |
| 8/17/2012 | litigation call issues on appeal | 1 | | D, I |
| 8/29/2012 | drafting and filing Certificate of Interested Persons | 0.5 | | |
| 9/12/2012 | call with plaintiffs re mediation | 0.5 | 0.1 | |
| 9/13/2012 | mediation | 1.5 | | D |
| 9/14/2012 | ltr to plaintiffs updating on mediation | 0.4 | | |
| 9/20/2012 | file review | | 0.5 | |
| 9/27/2012 | conf call with co-counsel re settlement | 1 | | D |
| 10/25/2012 | conference with BH and MH re settlement | 0.8 | | D |
| 10/30/2012 | crawford phone call | 0.3 | | I |
| 11/9/2012 | meeting with plaintiffs to discuss potential settlement terms | 1.5 | | E |
| 11/17/2012 | read appellant brief | 1.2 | | E |
| 11/18/2012 | reviewed case law from apellant initial brief | 4 | 1.2 | |
| 11/20/2012 | drafting and filing motion for extension of time to file answer brief | 1 | | E |
| 11/20/2012 | tc with co-counsel re brief | 1 | 0.5 | D, I |
| 12/8/2012 | legal research overbreadth | 1.8 | 0.5 | |
| | legal research medical necessity | 1.8 | 0.5 | U |
| 12/9/2012 | legal research overbreadth | 2 | 0.5 | |
| | legal research medical necessity | 2 | 0.5 | U |
| 12/13/2012 | mtg with co-counsel re draft brief | 1 | | D |
| 12/13/2012 | rev of draft brief | 1 | | |
| 12/20/2012 | legal research for answer brief | 4 | | I |
| 12/21/2012 | conference with BH and MH re brief | | 1.5 | D |
| 12/22/2012 | working on answer brief | 3 | 4 | I |
| 12/23/2012 | working on answer brief | 2.5 | 1 | I |
| | conference with MH re brief | 0.5 | | D |
| 12/26/2012 | working on answer brief | 7 | 1 | I |
| 12/27/2012 | working on answer brief | 6 | 2 | I |

**Monica Vigues-Pitan: KG Appeal Time Records**

| Date | Description | Time | NB Time | OBJECTION |
|---|---|---|---|---|
| 12/28/2012 | working on answer brief | 6 | 4.5 | I |
| 1/7/2013 | letter to plaintiffs re case update | 0.4 | 5 | |
| 1/28/2013 | editing motion, filing and call to clerk's office | 0.7 | | B, I |
| 2/13/2013 | conference with MH re reply brief | | 0.2 | |
| 4/3/2013 | status ltrs to plaintiffs | 0.4 | | I |
| 6/3/2013 | status letter to plaintiffs | 0.4 | | I |
| 6/21/2013 | call with co-counsel to discuss oral argument strategy | 1.3 | | D |
| 7/9/2013 | moot court | | 1 | D |
| 7/15/2013 | rereading briefs | 0.5 | 1 | |
| 8/13/2013 | conf call with MH and JP | 1.5 | | D |
| 8/20/2012 | preparation for meeting with Justice Hatchett and MH | | 2 | |
| | meeting with Justice Hatchett and MH | 2.5 | | D, I |
| 8/20/2012 | travel to and from Tallahassee for meeting with Justice Hatchett | | 5 | |
| 8/28/2012 | moot court | 1 | | D |
| 9/4/2012 | filing notice of district court decision | 0.3 | | |
| 9/5/2012 | mtg with Garrido re oral argument | 0.5 | | |
| 9/8/2012 | moot court with MH and BH | 1 | 3 | D |
| 9/10/2012 | moot court with GW and MH | 1 | 0.5 | D |
| 9/12/2012 | moot court with MH, BH, and JP | 2 | | D |
| 9/13/2012 | oral argument | | 2.5 | |
| | | | | |
| Total Hours | | 67.5 | 41 | |