UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-cv-20684-JAL

K.G., *et al.*,
Plaintiffs,

v.

Elizabeth Dudek,
Defendant.
_____/

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' ADDITIONAL
APPELLATE ATTORNEYS' FEES REQUEST**

Defendant Elizabeth Dudek, in her official capacity as Secretary of the Florida Agency for Health Care Administration ("AHCA"), files this Motion to Strike Plaintiffs' Additional Fee Claim and says:

**MEMORANDUM OF LAW**

Plaintiffs' request for additional fees and Composite Exhibit A should be struck as untimely filed.  See Fed. R. App. P. 39-2(a).  Moreover, the request is unfounded.  AHCA has every right to vigorously prosecute its case and file objections to the Report and Recommendation.  The fact that it did so does not give rise at this time to an additional claim for fees incurred by the Plaintiffs/Appellees in preparing their response to AHCA's objections.  Nor does it provide any basis for Plaintiffs/Appellees to attempt to go back into closed fee reports and resurrect fees for time that had not previously been claimed.

If the Court does consider the new fee claim, AHCA respectfully requests an enlargement of time in which to review and respond to the additional fee request.

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned attempted to confer with Plaintiff/Appellees' counsel but was unable to do so via email or telephone.

## CONCLUSION

WHEREFORE, AHCA respectfully requests that the Court strike Plaintiffs' additional request for fees.

Respectfully submitted,

/s/ Leslei G. Street
Stuart F. Williams
General Counsel
Leslei G. Street
Chief Litigation Counsel
Agency for Health Care Administration
2727 Mahan Drive, MS #3
Tallahassee, Florida 32208
Telephone (850) 412-3630
stuart.williams@ahca.myflorida.com
leslei.street@ahca.myflorida.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant/Appellant's Objection to the Report and Recommendations on Plaintiffs' Application for Appellate Attorney's Fees was served on this 27th day of October 2014 by notice of electronic filing on the following:

| | |
|---|---|
| Miriam Hernandez | Monica Vigues-Pitan |
| Florida Legal Services, Inc. | Legal Services of Greater Miami, Inc. |
| 3000 Biscayne Boulevard, Suite 102 | 11285 S.W. 211 Street, Suite 302 |
| Miami, Florida 33137 | Miami, Florida 33189 |
| miriam@floridalegal.org | mviguespitan@lsgmi.org |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

Jane Perkins
National Health Law Program
101 E. Weaver Street, Suite G-7
Carrboro, North Carolina 27510
perkins@healthlaw.org
*Counsel for Plaintiffs*

/s/ Leslei G. Street
Leslei G. Street